United States District Court
For The
Southern District of Illinois

Donald Haywood R47947
Plaintiff/Petitioner

     - VS -

22-1007-NJR

1. Wexford Health Sources inc        NO _____
2. Robert Jeffreys
3. Dr. Melvin Hinton        Civil Rights Complaint
4. Carri Morris        Pursuant to 42 U.S.C. § 1983
5. Anthony Wills        State Prisoner
6. Dr. Steven Bowman
7. Ms. Hood
8. Major (Rowland)
9. Ms. Drapper
10. Rena Enlagage
11. Jillian Crane
13. A. Dearmond
13. Ms. Weatherfords
14. Ms. Tonya Smith
15. Mabrey
16. Ms. Walker
17. Anthony B. Jones
18. Joshuaa Schoenbeck
19. Allison Hargis
20. Shelia M. Ramsey
21. Stillhorn

(1)

22. A. Crane
23. Yvette Baker
24. Deanna Kink
25. Travis Bayler
26. Morgan (Jain Doe)
27. DR. Potei
28. Buettner
29. Sgt. Sulser
30. Sgt. Royster
31. Sgt. Dallas
32. (Major MS) (Jaint Doe)
33. John Doe & Jain Doe (1 threw 10)

## Jurisdiction And Venue

① This action is brought Pursuant to 42 U.S.C § 1983 and the first and Eighth and fourteenth Amendments to the united states Constitution. This court has Jurisdiction over these Supplemental State Law Claim under 28 U.S.C § 1367 and Because that Claim Forms Part of the Same Case oR controversy under Article (III) of the united States Constitution. Venue is Proper Pursuant to 28 U.S.C. § 1391(b) because Each Claim arose in the Southern District of Illinois and As of now MR. Haywood is a Resident of this District.

(2)

## Complaint with Jury Demand

This is a civil rights complaint filed by Donald Haywood a Illinois Department of corrections inmate for Damages and injunctive Relief under 42 U.S.C § 1983 with Jury Demand, Plaintiff's complaint composed by a "Jail house Lawyer" due to Plaintiff serious mental illnesses (SMI), And his Lack of Knowledge of the Law, Plaintiff has been diagnosed as having mental illnesses such as, Depression, antisocial Personality disorder, bipolar disorder, Post-Traumatic Stress disorder, impulse control disorder (including impulsive self-injury) and anxiety. The claims Rised is of Discrimination Racial, Hate crimes, ~~Retaliation~~, and mental Health and his rights to safe and humane Living conditions His Rights to adequate medical care, Retaliation in Violation of the First Amendment

## I. Federal Jurisdiction

This court has Jurisdiction based on 28 U.S.C § 331, as This is a civil action Arising under the united States constitution and Federal Law.

## II Litigation History

④   Donald Haywood
        -VS-

Wexford Health Sources, Et Al

(3)

No: 16 C 2472

Northern District of Illinois

Eastern Division

Claim: 1) Deliberate indifference to a medical condition

Disposition: Dismissed June 9th 2019

Honorable: Elaine Bucklo Judge

(B) Donald Haywood

- VS -

Wexford Health Source Et Al

NO: 16 C 3566

Northern district of Illinois

Eastern Division

Claim: Mental Health Treatment

Disposition: On going Case (Judge Elaine Bucklo)

(C) Donald Haywood

- VS -

Wexford Health Sources, inc, Et Al

No. 21-1678

Central District of Illinois

District Judge Michael M. Mihm

Disposition: Affirmed by Seventh Circuit for not

submitting funds.

(D) Donald Haywood - VS - Thomas J. Dart Et AL.

NO: 21 C 6363

(4)

Northern District of Illinois
On going Case
IN front of Judge: Elaine E. Bucklo

(E) Donald Haywood
    - VS —
E, Gondek Et AL
No. 21 C 6542
Northern District of Illinois
On going in front of Elaine E, Bucklo

(F) I did have one case out here but I
dont Know the case # or name! They threw
all my Property away when i went back to
Court for my Juvenile Resentice. And one in
Chicago Illinois from 2004.

        EXHaustion of administrative Remedies
(A) Is There a Prisoner grievance Procedure in the institution! Yes
(B) Did you Present the Facts Relating to your complaint
in the Prisoner grievance Procedure? yes

(C) I first write a Grievance then Send it to the ~~lost~~
Second Level then appealed It to the 3rd Level
then Appealed it to Springfield

② They dennyed It on all Level, EAch issue, so
    I have no other choice but to Sue Menand
'ec,

(H) I am attaching my Grivences to the
1983. All I have is springfield's becAuse
Menard is Refuseing to give !
(5)



ME a copy so i wont file but saying itb be
cause i dont have Money to Pay for it. Some
Of the Grievances was Either thrown away by
the Counselor OR the Grievance staff and well
as Security staff. They beat the TOP of the
Grievance in so they can Pull them out After they
Place them in their for those who dont do it they
at the Grievance Office take them out and threw
them away most in Part due to their family or
friends names in them.

### Violation of MR Haywood's Rights as listed in this 1983:

1) Right To be free from cruel and unusual
Punishment

2) Eight Amendment -Vs- Wexford
3) Eighth Amendment Violation of MR. Haywood's Right
to Be free from cruel and unusual Punishment.
(Deliberate Indifference to mr Haywood medical
Needs - VS - Menard medical defendants
4) Eighth Amendment Violation of MR Haywood's Right
to be free from cruel and unusual Punishment -VS-
(Correctional Defendants)
5) Eighth Amendment violation of MR Haywood's Right
to be Free of cruel and unusual Punishment (Deliberate
Indifference to MR Haywood's conditions of confinement
in solitary) -VS- (Correctional defendant)
6) First Amendment Violation for Retaliation
VS Wexford, and their Employees and I Doc
and Their Employees.

(6)

# Parties

A. Plaintiff: Donald Haywood
Full Name: Donald Haywood
ID number: R 47947
mailing address: 711 Kaskaskia Street Menard IL 62259
Prison: Menard Correctional Center

B. Defendant: Wexford Health Sources Inc
Position/Title: Correctional Health care Company
Employer's Name Address: Pittsburgh, Pennsylvania

C. Defendant: Robert Jeffreys
Position/Title: Director of Illinois Department of Corrections
Employer's Name Address: 1301 concordia court Springfield IL 62794

D. Defendant: Dr. Melvin Hinton
Position/Title: Chief of Mental Health services                   60403
Employer's Name address: 16 830 S. Route 53   crest Hill, IL ↑

E. Defendant: Carri Morris
Position/Title: Mental Health Social worker IV   Head at Menard cc
Employer's name address: 711 Kaskaskia Street, Menard IL 62259

F. Defendant: Anthony Wills
Position/Title: Warden, menard Correctional Center
Employer's Name address: 711 Kaskaskia Street, menard IL 62259

(7)

G. Defendant: DR. Steven Bowman
Position/Title: Agency Medical Director Illinois
Department of corections
Employer's Name address: 1361 Concordia Court P.O. Box
19277 Springfield IL 62794

H. Defendant: MS. Hood
Position/Title: Correctional counselor Illinois Department of corections
Employer's Name address: 711 Kaskaskia street Menard IL 62259

I. Defendant: Major Rowland
Position/Title: Major for Illinois Department of corrections
Employer's Names address: 711 Kaskaskia street Menard IL 62259

J. Defendant: MS. Drapper
Position/Title: Mental Health MHP
Employer's name address: 711 Kaskaskia street menard IL 62259

K. Defendant: Rena ENLagage
Position/Title: Nurse
Employer Name address: 711 Kaskaskia street menard IL 62259

L. Defendant: Jillian Crane
Position/Title: Physician's assistant
Employer Name Address: 711 Kaskaskia street menard IL 62259

M Defendant: A. DEArmond
Position/Title: Physician's Assistant
Employer name address: 711 Kaskaskia street Menard, IL 62259

N Defendant: MS. Weatherfords
Position/Title: Nurse
Employer Name address: 711 Kaskaskia street Menard IL 62259

O. Defendant: Tonya Smith
Position/Title: Nurse
Employer Name address: 711 Kaskaskia street Menard IL 62259

P. Defendant: Ms. Mabrey
Position/Title: (MHP) Mental Health Person
Employer Name address: 711 Kaskaskia street Menard IL 62259

Q. Defendant: Anthony B. Jones
Position/Title: Sergeant Illinois Department Corrections
Employer Name address: 711 Kaskaskia street Menard, IL 62259

R. Defendant: Joshua Schoenbeck
Position/Title: Lieutenant for Illinois Department of corrections
Employer Name address: 711 Kaskaskia street Menard SC 62259

S. Defendant: Allison Hargis
Position/Title: Office Coordinator
Employer Namer address: 711 Kaskaskia street Menard IL 62259

T. Defendant: Shelia M. Ramsey
Position/Title: Office coordinator
Employer Name address: 711 Kaskaskia street Menard SC 62259

U. Defendant: MS. Stillhorn

Position/Title: Mental Health (MHP)

Employer's name address: 711 Kaskaskia Street Menard IL 62259

V. Defendant: Yvette Baker

Position/Title: Grivence officer

Employer's name address: 711 Kaskaskia street, menard IL 62259

W. Defendant: Deanna Kink

Position/Title: Administrative Review Board

Employer's name address: 1301 Concordia P.O. Box 19277 Springfireld, IL 62794

X. Defendant: Travis Bayler

Position/Title: Administrative Review Board

Employer's name address: 1301 Concordia P.O. Box 19277 Springfield, IL 62794

Y. Defendant: MS. Morgan (Jam Doe)

Position/Title: Nurse

Employer's name address: 711 Kaskaskia Street menard IL 62259

Z. Defendant: DR. Potei

Position/Title: Phy Doctor

Employer's name address: 711 Kaskaskia Street menard IL 62259

1. Defendant: MS. Buettner
Position/Title: Mental Health (MHP)
Employer's Name address: 711 Kaskaskia street menard IL 62259

2. Defendant: Sgt. Sulser
Position/Title: Sergeant for Illinois Department of Corrections
Employer's Name address: 711 Kaskaskia street menard IL 62259

3. Defendant: Sgt. Royster
Position/Title: Sergeant for Illinois Department of Corrections
Employer's name address: 711 Kaskaskia street menard IL 62259

4. Defendant: Sgt. Dallas
Position/Title: Sergeant for Illinois Department of Corrections
Employer's Name address: 711 Kaskaskia Street menard IL 62259

5. Defendant: MS. Major (Jain Doe)
Position/Title: Nurse
Employer's name address: 711 Kaskaskia street Menard IL 62259

6. Defendant: Jam-Doe and John Doe (1 threw 10)
Position/Title: Illinois Department of corrections Staff
Employer's Name address: 1301 Concordia court P.o. Box 19277
Springfield IL 62794 and 711 Kaskaskia street menard IL 62259

(11)

7. Defendant: A. Crane

Position/Title: Healthcare Administrative Person

Employer's Name address: 711 Kaskaskia street Menard IL 62259.

## Count (1) Right to Adequate Healthcare

Now comes the filing this complaint against defendants through his Jail house Attorney against wexford Health services, inc, DR. Steven Bowman, Rena Enlagage, Jillian crane, A. Dearmond, MS. weatherfords, Tonya Smith, A. Crane, Morgan, Jam Doe & john Doe 1 through 10, warden wills. Medical Defendants: And Security staff and mental Health staff.

1) MR. Haywood ~~R1109~~ (R47947) is an incarcerated individual currently in the custody of the Illinois Department of corrections "IDoc" a Menard Correctional center (Menard) located at 711 Kaskaskia street Menard Illinois 62259. At times Relevant to this action, MR Haywood was also incarcerated at Pontiac correctional center (Pontiac) Is Located in the city of Pontiac, County of Livingston, State of Illinois. An also at cook county Jail in Chicago illinois. (CCDoc) Located in the city of chicago, County of cook, state of Illinois.

  2. Defendant wexford Health sources Inc (wexford) is a florida corporation with it's Principal Place of business in Pittsburgh, Pennsylvania. It is authorized

to do business in the State of Illinois.

3. Wexford Health is a correctional health care company responsible for providing health care Services under contract with the Illinois Department of corrections to All Prisoners, including Prisoners housed at Pontiac and Menard, Wexford is also Responsible for the implementation oversight and supervision of health care POLICIES and Practices (including medical policies and practices) at Pontiac and Menard, and on behalf of the IDOC generally, as well as Responsible for implementing policies and Procedures established by IDOC. AT All times Relevant to this action, wexford acted under the color of state law in CARRYing out the conduct described Herein.

4. Defendant Dr. Steven Bowman is a Agency medical Director. Bowman is a Licensed Doctor Responsible for providing medical Treatment to inmates at menard including MR. Haywood. At All times Relevant to this action (Bowman) acted under the color of State law in carrying out the conduct described herein. Bowman is Sued in his individual Capacity.

5. Defendant Jillian Crane is a Physician's assistant Responsible for Providing medical Treatment to inmates at menard, including MR Haywood. under contract with Wexford as a Employee. Crane acted under the color of state law in carrying out The conduct described herein. Crane is sued in HER individual Capacity.

(13)

6. Defendant J. Dearmond is an Employee of Wexford. Dearmond is a Physican's Assistant Responsible for providing medical treat to Inmates at menard including MR. Haywood. Dearmond acted under the color of

7. Defendants Rena ENLagage, MS, Watherfords, Tonya smith, Morgan, Major and A. Crane are All Nurses Employee of Wexford And is Responsible for for Providing Medical Treatment to MR. Haywood at menard and EAch defendant acted under the Color of State Law in carrying out the conduct described herein. ENLagage, Watherfords, Smith, Morgan, Major and Crane is sued in their individual capacity.

8. Defendant Anthony Wills is an Employee of the IDoc At All times Relevant to this action, Wills was menard warden and is Responsible for the Custody, care and Safety of All inmates, including MR. Haywood. At All times Relevant to this action, Wills acted under the color of State Law in carrying out the conduct described herein, Wills is sued in his individual capacity.

9. Defendant DR. Melvin Hinton is a Lincensed Psychologist and the head Chief of the HolE Mental Health Services for the HolE Illinois Department of correctsons. Hinton is Responsible for Providing Mental health treatment to inmates like MR Haywood. At All times Relevant to this action Hinton acted under the Color of State Law in carrying out the Conduct described herein. Hinton is sued in his individual capacity.

(14)

10. Defendant Hood is a IDoc Employee who is in Charge of Responding to Grievances and puting inmates like MR.Haywood in for seg cuts, Transfer and counseion. At All times Relevant to this action Hood acted under the color of state Law in carrying out the Conduct described herein. Hood is sued in her individual Capacity.

11. Defendant Carri morris is a Social Worker that is Employee by IDoc and is in charged with Runing the day to day mental Health for all inmates at menard. morris acted under the color of State Law in carrying out the conduct described herein. MoRRis is sued in her individual capacity.

12. Defendant Mabrey is a MHP that is in charge of Seeing guys and In a one on one seting and doing Crissis Teams, and Providing mental Health treatment to inmates at menard. Mabrey at AN times Relevant to this acting under the color of the state law in carrying out the conduct described herein. Mabrey is sued in her individual capacity.

13. Defendant DR. Potei is an Employee of wexford. Potei is Licensed Psychologist Responsible for providing mental health treatment to inmates at menard including MR. Haywood. At all times Relevant to this action Potei acted under the color of state Law in carrying out the conduct described herein. Potei is sued in her individual capacity.

15

14  Defendant (Buettner) is an Employee of wexford. Buettner is a Mental Health Professional Responsible for Providing mental Health treatment to inmates at Menard, including Haywood, At all times Relevant to this action Buettner acted under the color of State Laws. in carrying out the conduct described herein, Buettner is sued in her individual capacity.

15. Defendant (Stillhorn) is a Mental Health Professional Responsible for Providing mental Health Treatment to inmates At menard including MR Haywood. At all times Relevant to this action stillhorn acted under the color of state Law in carrying out the conduct described herein. Stillhorn is sued in her individual capacity.

16 Defendant (Drapper) is a MHP who works for wexfor and is Responsible for providing mental HEALTH treatment to inmates at menard including (Haywood) Drapper acted under the color of State Law in carrying out the conduct described herein. Drapper is sued in her individual capacity.

17 Defendant (Rowland) is an Employee of of the (IDOC) At all time Relevant to this action, Rowland was supervising commanding officer over North² Menard and (SMI) Board. At all time Relevant to this action. Rowland acted under the color of state Law in carrying out the conduct herein. Rowland is sued in his individual (Capacity).

18 Defendants Walker, Anthony B. Jones, Joshua Schoenbeck is all Employee of the IDOC, At All times Relevant to this action Jones, Schoenbeck and Walker as a member for the Adjustment committee, was also Responsible for Coordinating witnesses and Evidence necessary for any inmate accused of wrongdoing to Present in his or her defense. At All times Relevant to this action walker, Jones and Schoenbeck as a member for the Adjustment Committee, was further Responsible for Ensuring that any inmate accused of wrongdoing

Saw a mental Health Professional to determine whether a mental Health illness contributed to the alleged wrongdoing. At All time Relevant to this action Walker, Jones and Schoenbeck acted under the Color of State Law in carrying out the conduct described herein. Each of them is sued in their individual capacity.

19. Defendant Robert Jeffreys is the Director of the Illinois Department of Corrections. Jeffreys is Responsible for Ensuring that all Prisoners confined to IDoc are Provided with constitutionally adequate medical and mental Health Care and held in conditions of confinement which comply with the minimal Constitutional Requirements Jeffreys is sued solely in his official Capacity.

20. Defendants Allison Hargis and shelia M. Ramsey is IDoc Employees that is in charge a going threw grievance and Processing Them. At All times relevant to this action they both acted under the color of State Law in CARRying out their conduct descibed herein. Both Hargis an Ramsey is sued in their individual capacity.

21. Defendants Sulser, Royster, and Dallas are all IDoc Employees that is Sargents for North 2 cell house at All times relevant to this action they all acted under the color of the state law in carrying out their conduct described herein. Sulser, Royster and Dallas IS sued in their individual Capacity.

17

22. Defendants Travis Bayler and Deanna Kink are IDOC Employees and is apart of the Administrative Review and sole job is to Review the Appeal of Grievances by the IDOC inmates Kink and Bayler acted under the color of the state law in carrying out the conduct described herein. Bayler and Kink is sued in their individual capacity.

23. Defendant Yvette Baker is a IDOC Employee that is in charge of making rulings on the Prisoners Grievances in the Grievance office be for the Reach the last Stage IN Springfield. Baker at All times Relevant to this action acted under the color of state law in carrying out the conduct described herein. Baker is sued in her individual capacity.

24. Defendants (Jain Does) and (John Does) are all IDOC and Wexford Employees that is in charge of doing things that the Policies and Procedures are Established by IDOC or Wexford. At All time Relevant to this action John Doe and Jain Doe acted under the color of state law in carrying out the conduct described herein. Jain Does an John Does are sued in their individual capacity.

18

Plaintiff's Retaliation and Hate Crime
Plaintiff's conditions of confinement
Plaintiff's Mental Health complains
Plaintiff's medical complains

25

September 9th 2021 Plaintiff was shiped
to menard correctional center after being in
a fight at another Prison (Pontiac CC) During
that time Plaintiff had a medical hold in which
he couldnt be transfer due to on going medical
issues in which Plaintiff go to the UIC
medical center Every 6 week to see the
Rheumatology for chronic medical conditions
like Sjogren's syndrome which is a debilitating
auto-immune disorder and Rheumatoid arthritis.
That has been well-documented since around
approximately Late 2015 or Early 2016. once
Plaintiff came to (menard CC) he was placed in
a cell without seeing anyone at 11:50 PM on
9-9-2021. At which time Plaintiff was suffering
from severe stomach Pain. So Plaintiff seeked
help from Every nurse that came pass but the
nurses would allow (menard) security staff to
tell them not to talk to me due to something they
call Pink Tag. IN which you most likely have
done some wrong to staff and they dont do any
thing for you for up to 90 days. Even though Every
nurse wouldnt do anything for me; was able to
talk to a Lady nurse name (Reva). who I fund
out was also Known as (Rena Encegage) and
she pulled me out after I showed her my Bloody
toliet Paper. I told her my stomach hurts and
about me needing to go to see the Rheumatologist
about my autoimmune disorder as well as all
my Permittees. She gave me some jell pills to
Even though; couldnt hardly walk. within the
Next few days i saw a man (PA) i think

19

at which time he told me you have too many
Permitts and you dont need all this stuff. I Explain
to him (John Doe) that the University of
Illinois Hospital gave me all my Permitts
along with Midwest ortho two of the
Leading Rheumatologys in the State of
Illinois. He then told me you use to the
way them People up north treat you I'm going
to wake you up fast because this is the white
man prison and him and the 10's started laughing.
At that time he took Every Permitt i had and
only left Low gallery, Low bunk and said i
dont Need Front cuffs i can use 2 cuffs to
the Back. Told me they dont give out 2 mattresses
or Pillows, ICE, showers, wast chains single men
cells. I tride to Explain to him my Stomach pain
was stoping me from Sleeping and Eating a lot. He
said he's done. So I ask him why am i done
he said you want too much, I then Put in for
Sick call so many times that Nurse (Rena) said
She cant do nothing i shouldnt came to Segi from
that point on they (medical staff) and the
Security staff was playing with my health
they would Spray People with Mace Even though
I showed them Blood that i was coughing up,
14 days After i come to (menard) I was
taken to court and My Atturney to me she was
going to See if i could Stay because i didnt feel
good. I Stayed and that may have saved my life.
After I made it their weeks later I was Rushed
Out to cook county hospital because they found
out my stomach issues was because my tip
on my Appendix measures 8mm. There are

20

subtle Equivocal inflammatory change
Surrounding the Appendix tip. At which
Point they took them out after Rushing me to
the hospital as a Emergency #911 call. I came
back to (Menard cc) 2-11-22 and still have not
got any medical treatment at all. It's More that
they don't have Not one medical Doctor or Even
a medical DiRector. I have been here Suffering
bad, my Neck got Big Knots in it in which i
gave the Nurseing staff my Cook County Records that
Show A Rheumatologist noted that "if my glans
swell up OR Knots or anything like that i am to
go to the hospital #911. Because they only have
Physician's Assistants and no Doctors aint no one
to make the right Chioces. It's Clear something
is going Wrong for many Reasons. ① My Throt is
burning and No one can tell me why. ② My Glans
have Been Swell up Sinct i go to Menard cc, Be
cause Plaintiff keep filling Grievance they Put him
in a Cell will ① Mace all over it ② Urin all
over the walls ③ Shit all over the walls Real
life. Plaintiff's was transferred from the cook
county Jail to IDoc Custody in Early February
he was taking a Number of medications and had
follow up appointments scheduled with multiple
outside medical providers, These are documented
in medical Records, Attached the follow up up
with Opthalmology, dentistry, A Pain Clinic
(all Related to his Known chronic conditions), and
a Schedvled colonoscopy Related to the onset
of Symptoms including PAin and blood in the
Stool. Menard Medical defendants allowed the
Security staff not take Plaintiff to the

21

hospital. Then they Put Plaintiff On galleys where they spray mace 95% of the time. Plaintiff's Attorney Bridget Geraghty from Up Town People's Law Center Reached out on more then 3 times and Menard Staff wouldn't Even allow her to tave to to warde. So she wrote a letter to Anthony wills warden of menard, Dr. Steven Bowman Agency medical Director (IDOC) Robert fanning Chief Legal Counsel for (IDOC) Nither one of them did anything to try to stop the unconstitutional medical care Of Plaintiff. Every Grievance Plaintiff file they denny them and SAY he's getting medical treatment. Their is No Doctor who work at Menard CC OR no one who can monitor his ~~Rectum and eyes or Ear~~ Sjogren's Syndrome Conditions. Plaintiff have been forced to Stay in his 98% of the time because Mental Health allow the security Staff too tell them not to Put the (SMI) guys in groups, Not to give them their TV's OR Tablets. Then they have a unwritten Rule that if you do anything they Put you on Pink Tag. Pink Tag is US to hurt the mental Health guys by Now allowing thing that other Prisons would give them under the Rasho Et AL. V. Director Roger E. walker Jr. Et AL #No. 07 CV-1298 (C.D. Ill) which is a Class action and Menard don't go by it, It suppose to be if you are (SMI) You suppose to have a mental health Person on the Adjustment committee when you have your tickets, but Menard dont allow them in their because they say they will not give them that much Power in they Prison all of the mental health staff do what Ever the %'s OR Comand Staff tell them to do. They tell them

22

All of my Mental Health Business and told them to change my treatment plan to where i am not suppose to get my TV while in seg. If we as seriously mentally ILL (SMI) People are allowed groups they will be up their Ru. the Mental Health Lady or telling her to End groups so they can go on the other side. As I write this right now i am in a Cell with dookie on the walls because they wont clean it up. Mold Everywhere, Rust all over the doors, Toilet, I cant get no air in my cell because its glass all on my door. You cant see out the cell because it all kinds of stuff on the windows. When guys flood they wont allow me to clean up the water with a mopp. The cells are so filthy an unsanitary that they us the cells I'm in as Torture for guys like Plaintiff who choose to Stand up for his rights. Plaintiff has been in seg for a staff assault that happen on 9-9-21. The Adjustment committee give him 6 month, and 7 day for the Ticket Knowing that they only had 14 days to here the ticket and Plaintiff left for court on the 14th day and was gone for 5½ to 6 months. They held It Know that Due Process is violated. Ms. walker told plaintiff if you dont like the way we do here tickets here then sue me. IN fact it's only suppose to be one white person ONE BLACK or brown person and mental Health but It's two white People who here the tickets and the BLACK guy Sgt. Jones, dont say NOT one word. When I ask why he dont say anything the white so told me we not going to give you niggers no say so in our Prison. and that Jones was a BLACK FACE only

23

that signs off on the tickets- MS. WALKER and the 'Lt. SCHOENBECK Runs the committee. The Issue at hand is this Prison is filled with a lot of Klu-Klux Klans who saw they family members get away with comeing in to a Prison that our Hard working familys and the people who dont beleve in the color of People skins Pay Taxes to keep Runing. They have killed more BLACK people in menard CC then any other Prison. Menard IS Treated as a Plantation where they fire the BLACK C/o women OR Mental Health/Nurses who dont agree with this. We had a BLACK Prensident and you got these white kids that's fresh out of High school tell Blackmen they going to do them like George Floyd. When is it going to stop? Illinois say they want Prisoners to demonstrate their maturity befor they Release guys like Plaintiff back to the community. More then any thing guy that are Black or Brown do crazy things to Leave this prison due to the fear for our LIFES.


Request For Relief!
I Request that wexford Pay $3,500,000.00 and Illinois Department of Corrections Pay $3.500,000.00 Both in Medical and mental health damages and that EACH Defendant to Pay $75,000.00 Plus interest, Costs of suit and If i should have to Pay for atturney fees, punitive damages and any other Relief to which MR Haywood may be ENtitled and for the Court to Enter a hate CRime

24

on a defendants that has done Racial thing after futher decovetive is done.

wherefore Plaintiff Request for a Jury Demand.

Declaration under federal Rule of Civil Procedure 11

I certify to the best of my Knowledge, information and belief that this complant is in full compliance with Rule 11 (A) and 11 (B) of the federal Rules of Civil procedure. The undersigned also Recognizes that failure to comply with Rule 11 may Result in Sanctions.

Signed 5-10-2022                    Donald Haywood
                                    Signature of Plaintiff

                                    Donald Haywood
                                    # R 47947
                                    Menard Correctional center
                                    P.O. Box 100.
                                    711 Kaskaskia street
                                    Menard Il 62259

25



**UPLC**
UPTOWN PEOPLE'S LAW CENTER

4413 North Sheridan | Chicago, Illinois 60640
Phone: 773.769.1411 | Fax: 773.769.2224
www.uplcchicago.org

April 5, 2022

Anthony Wills
Warden, Menard Correctional Center
711 Kaskaskia Street
Menard, IL 62259

Dr. Steven Bowman
Agency Medical Director
Illinois Department of Corrections
1301 Concordia Court
P.O. Box 19277
Springfield, IL 62794-9277

Robert Fanning
Chief Legal Counsel, Illinois Department of Corrections
1301 Concordia Court
P.O. Box 19277
Springfield, IL 62794-9277

**RE: Unconstitutional medical care for Donald Haywood (R47947)**

Dear Mr. Wills, et al,

I write to you on behalf of my client, Donald Haywood, R47947, a prisoner at
Menard. I currently represent Mr. Haywood in *Haywood v. Wexford*, et al,
16cv03556, pending in the Northern District.[1] Mr. Haywood is incarcerated

---

[1] Though you are not a named plaintiff in the lawsuit, I am also sending a
copy of this letter via email to the Assistant Attorney General with

at Menard Correctional Center and is designated Seriously Mentally Ill (SMI). In addition, he suffers from a variety of medical conditions including Sjogren's Syndrome—a debilitating auto-immune disorder—and rheumatoid arthritis. These are well-documented, permanent conditions for which he has ongoing medical needs that IDOC is failing to meet.

Based upon the information Mr. Haywood has relayed to me, I have grave concerns that the medical and/ or security staff at Menard are ignoring Mr. Haywood's serious medical needs and treatments prescribed by his previous doctors, including those at UIC Medical Center and during his incarceration at the Cook County Jail from approximately September 2021-January 2022. This letter is to notify you that continued denial of proper medical care could subject you to legal action.

A claim based on deficient medical care must demonstrate two elements: 1) an objectively serious medical condition; and 2) an official's deliberate indifference to that condition. Each of Mr. Haywood's diagnoses qualifies as a serious medical need. Norfleet v. Webster, 439 F.3d 392, 395 (7th Cir. 2006). A delay in treatment may constitute deliberate indifference if the delay exacerbates the injury or unnecessarily prolongs an inmate's pain. McGowan v. Hulick, 612 F.3d 636, 640 (7th Cir. 2010). Additionally, a failure to accommodate his disabilities could subject you to action under the Americans with Disabilities Act.

When he was transferred from the Cook County Jail to IDOC custody in early February, he was taking a number of medications, and had follow up appointments scheduled with multiple outside medical providers. These are documented in medical records, attached to this letter, and include follow ups with ophthalmology, dentistry, a pain clinic (all related to his known chronic conditions), and a scheduled colonoscopy (related to new onset of symptoms including pain and blood in the stool).

He requires access to specialty care for his serious medical conditions, including regular monitoring by a rheumatologist and specialist in autoimmune disorders. On information and belief, Menard does not have a

_____

responsibility for this case, Daniel Robbin, as the case does involve allegations against IDOC staff.

2

medical doctor, let alone a specialist, on staff, and thus these services must be provided at an outside facility.

Thank you for your attention to this matter. Please let me know if you require additional information to take action to ensure Mr. Haywood receives proper medical treatment.

Sincerely,

Bridget Geraghty
Counsel for Donald Haywood

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HAYWOOD, DONALD
Patient Type:  Emergency
Birth Date: 11/16/1985
Gender: Male
FIN: 0863055190

Admission Date:    1/26/2022
Discharge Date:    1/26/2022

MRN: 425424; 6252991

CMRN: 1006565071

---

## ED Note - Physician

FINDINGS:

Cardiac silhouette: Normal in size.

Pulmonary parenchyma: There is no focal pulmonary parenchymal infiltrate.

Pulmonary vessels: Grossly unremarkable.

IMPRESSION: No plain film evidence of acute abnormality.

Electronically signed by: OLGA VINOKUR Approval date:1/26/2022 3:48 PM

**Report**
This document has an image
.

**Reexamination/ Reevaluation**
Notes: Repeat ANC improved to 1000. will discharge with strict return precautions recommend follow-up with PCP.

**Impression and Plan**
  **Diagnosis**
    Chest pain : ICD10-CM R07.9, Discharge DX, Medical
  **Staffed**
  **Staffed with EM attending, Dr.:** CHAI MD, AUSTEN-KUM.
  **Plan**
    **Prescriptions:** Launch Meds List (Selected)
      Inpatient Medications
        Ordered
          Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Shortness of Breath, Routine, 10/24/21 20:48:00 CDT, 26 WEEK, 04/24/22 20:47:00 CDT
          FLUoxetine: 20 MG = 1 CAP, PO, Cap, Daily, Routine, 10/24/21 9:00:00 CDT, 18 WEEK, 02/26/22 9:00:00 CST

---

Report Request ID:  120801802

Page 15 of 19

Facility:  Stroger
Location:  SHCC ED

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.



**Cook County Health**

1900 West Polk Street, Chicago, Illinois 60612

**Toni Preckwinkle**     President, Board of Cook County Commissioners

**Affiliates**

Ambulatory & Community Health Network of Cook County       Provident Hospital of Cook County
Cermak Health Services of Cook County                     Oak Forest Health Center of Cook County
Cook County Department of Public Health                   Ruth M Rothstein CORE Center

John H. Stroger, Jr. Hospital of Cook County

Patient Name: HAYWOOD, DONALD
Patient Type:   Clinic Outpatient          Admission Date:  11/15/2021        MRN: 425424; 6252991
Birth Date: 11/16/1985                     Discharge Date:  11/15/2021
Gender: Male                                                                 CMRN: 1006565071
FIN:  0859608689

---

| **Rheumatology Outpt** |
|---|

Document Type:                      Rheumatology Outpt
Service Date/Time:                  11/15/2021 09:38 CST
Result Status:                      Auth (Verified)
Perform Information:                KAMBHATLA MD,SOUMYASRI (11/15/2021 10:10 CST)
Sign Information:                   MANADAN MD,AUGUSTINE M (11/15/2021 10:21 CST);
                                    KAMBHATLA MD,SOUMYASRI (11/15/2021 10:10 CST)

**Rheumatology General Complaint**

Patient:  HAYWOOD, DONALD        MRN: 006252991c         FIN: 0859608689
Age:  35 years    Sex: Male    DOB: 11/16/1985
Associated Diagnoses:  None
Author:  KAMBHATLA MD, SOUMYASRI

**Visit Information**
   Type of encounter:  New patient to group.
   Referring Provider:  NA.
   Accompanied by:  Cermak personnel.

**Chief Complaint**
   Joint pain.  **Follow up for management of**
   **Rheumatoid arthritis**

**History of Present Illness**

   **General complaint**
      **History**  Mr Haywood is a 35 yo gentleman with PMH of RA, FMS and Secondary Sjogren's (diagnosed at Midwest
         Orthopedics at NIU, used to follow UIC Rheumatology Dr Arami previously). He was forced to come to Stroger instead
         of UIC now because of change in location to Cook County jail now.

      **Regarding his history, he was diagnosed with seropositive RA (+RF, -CCP but seronegative on testing here at JSH) and**
         Secondary Sjogren's in 2016 and was started on MTX and HCQ. As of the last note that the patient has from UIC
         (07/21), he is currently on MTX 8 tabs/ week + folic acid daily, HCQ 200mg BID, gabapentin 900mg TID, Tramadol
         100mg TID. His last eye appt in 11/21 but OCT has not been done

---

CONFIDENTIAL: If the reader of this report is not the intended recipient or the employee or agent responsible, you are hereby
notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this
communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HAYWOOD, DONALD
Patient Type:  Clinic Outpatient
Birth Date:  11/16/1985
Gender: Male
FIN:0859608689

Admission Date:     11/15/2021
Discharge Date:     11/15/2021

MRN: 425424; 6252991

CMRN:1006565071

---

### Rheumatology Outpt

He is currently on hunger strike at the jail right now for the last 2 weeks and hence he is not taking his medications. He is also not receiving Tramadol as much as he used to before.

He underwent lap cholescystectomy in 10/21 during which Rheumatology evaluated him in the hospital.

TODAY,
He has a lot of joint pains in his wrists, forearms, elbows  There was a scuffle reportedly on 11/11 when he claims that an officer reportedly jumped on him resulting in significant worsening of his joint pains in the wrists and forearms. Other than this, he has diffuse joint pains all over the body. He has morning stiffness in the hand joints lasting about

He is not receiving any PT as well, which was prescribed by UIC for FMS (last PT session in 09/21)- he states this used to help his joint pains.

On ROS, he endorses dry eyes and dry mouth with difficulty swallowing as well.

Patient denies fevers, chills, facial or skin rash, oral ulcers, photosensitivity, Raynaud's. .
**Pain**
    Location of pain: ankles, elbows, wrists, joints.
    Severity of pain: severe, 10 /10.
    Quality of pain: worse.
    Duration of pain: months.
**Medications**
    Skipping medications.

**Review of Systems**
    Constitutional: No fever, No chills.
    Respiratory: No shortness of breath, No cough.
    Cardiovascular: No chest pain.
    Gastrointestinal: No vomiting.
    Musculoskeletal: Joint pain, Muscle pain.
    Neurologic: Alert and oriented X4, No abnormal balance.

**Health Status**
    Allergies:
        Allergic Reactions (Selected)
            No Known Allergies
    Current medications: (Selected)
        Outpatient Medications
            Ordered
                Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Shortness of Breath, Routine, 10/24/21 20:48:00 CDT, 26 WEEK, 04/24/22 20:47:00 CDT

Report Request ID:  120801806

Page 3 of 9

Facility:  ACHN
Location:  Rheum (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**Cook County Health**

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HAYWOOD, DONALD
Patient Type: Clinic Outpatient
Birth Date: 11/16/1985
Gender: Male
FIN:0859608689

Admission Date: 11/15/2021
Discharge Date: 11/15/2021

MRN:425424, 6252991

CMRN:1006565071

| Rheumatology Outpt |
|---|

FLUoxetine: 20 MG = 1 CAP, PO, Cap, Daily, Routine, 10/24/21 9:00:00 CDT, 18 WEEK, 02/26/22 9:00:00 CST

Vaseline Lip Therapy 10 grams: Vaseline Lip Therapy 10 grams, = 1 EA, Topical, BID kop, 10/25/21 17:00:00 CDT, 26 WEEK, 04/25/22 9:00:00 CDT, Instructions to Pharmacy: non formulary approved

biotene Dry Mouth Spray: biotene Dry Mouth Spray, = 1 SPRAY, PO, Q 6 hr kop, Routine, 10/25/21 0:00:00 CDT, 26 WEEK, 04/18/22 18:00:00 CDT, Instructions to Pharmacy: NF order discontinued while pt was in hospital, please send another one

chlorhexidine 0.12% liquid (oral rinse): 15 mL, Swish and Spit, Liquid, Q 12 Hr, Instruction to Nursing: Topical, Routine, 10/24/21 21:00:00 CDT, 4 WEEK, 11/21/21 9:00:00 CST

dicyclomine: 20 MG = 1 TAB, PO, Tab, Q 6 Hr, Routine, 11/15/21 0:00:00 CST, 1 WEEK, 11/21/21 18:00:00 CST

divalproex sodium 500 mg oral delayed release tablet: 500 MG = 1 TAB, PO, Tab, Q 12 Hr, Routine, 10/23/21 21:00:00 CDT, 18 WEEK, 02/26/22 9:00:00 CST

emollients, topical: = 1 APP, Topical, Cream, BID kop, 10/25/21 9:00:00 CDT, 10/17/22 0:00:00 CDT

ergocalciferol 50,000 intl units (1.25 mg) oral capsule: 50,000 UNITS = 1 CAP, PO, Cap, Q Week, Routine, 10/25/21 9:00:00 CDT, 16 WEEK, 02/07/22 9:00:00 CST

famotidine 20 mg oral tablet: 20 MG = 1 TAB, PO, Tab, Daily, Routine, 10/25/21 9:00:00 CDT, 12 WEEK, 01/16/22 9:00:00 CST

folic acid: 1 MG = 1 TAB, PO, Tab, Daily, Routine, 10/22/21 9:00:00 CDT, 4 WEEK, 12/16/21 9:00:00 CST

gabapentin: 600 MG = 1 TAB, PO, Tab, Q 8 Hr, Instruction to Nursing: crush and float, Routine, 10/24/21 21:00:00 CDT, 6 WEEK, 12/05/21 14:00:00 CST

hydroxychloroquine: 200 MG = 1 TAB, PO, Tab, Q 12 Hr, Routine, 10/21/21 21:00:00 CDT, 6 WEEK, 12/30/21 9:00:00 CST

methotrexate: 20 MG = 8 TAB, PO, Tab, Q Week Fri, Routine, 11/12/21 9:00:00 CST, 6 WEEK, 12/17/21 9:00:00 CST

ocular lubricant ophthalmic ointment: 0.5 INCH, Eyelid Margin, Both, Oint, Bedtime kop, Routine, 10/25/21 21:00:00 CDT, 52 WEEK, 10/17/22 21:00:00 CDT

ocular lubricant ophthalmic solution: 1 GTT, Conj. Sac, Both, Opth Gtts, Q 1 hr kop, Routine, 10/24/21 22:00:00 CDT, 26 WEEK, 04/24/22 21:00:00 CDT

omega-3 polyunsaturated fatty acids 1000 mg oral capsule: 2000 MG = 2 CAP, PO, Cap, Daily, Routine, 11/03/21 9:00:00 CDT, 26 WEEK, 05/03/22 9:00:00 CDT

prazosin: 4 MG = 2 CAP, PO, Cap, Bedtime, Routine, 10/23/21 21:00:00 CDT, 18 WEEK, 02/25/22 21:00:00 CST

traMADol: 50 MG = 1 TAB, PO, Tab, Q 12 Hr, PRN, For Pain Severe (scale 7-10), Routine, 10/27/21 0:00:00 CDT, 4 WEEK, 11/23/21 23:59:00 CST

triamcinolone nasal: 1 SPRAY, Nostril, Both, Spray, Daily kop, Routine, 10/25/21 9:00:00 CDT, 26 WEEK, 04/18/22 9:00:00 CDT

Documented Medications
*Documented*

acetaminophen 325 mg oral capsule: 650 MG, PO, Q 4 Hr, 0 Refill(s), 10/21/21 11:26:00 CDT, Substitute

folic acid 1 mg oral tablet: 1 MG = 1 TAB, PO, Daily, 0 Refill(s), 10/21/21 11:27:00 CDT, Substitute

hydroxychloroquine 200 mg oral tablet: 200 MG = 1 TAB, PO, BID, 0 Refill(s), 10/21/21 11:27:00 CDT, Substitute

CONFIDENTIAL. If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HAYWOOD, DONALD
Patient Type:  Clinic Outpatient
Birth Date:  11/16/1985
Gender: Male
FIN:0859608689

| | |
|---|---|
| Admission Date: | 11/15/2021 |
| Discharge Date: | 11/15/2021 |

MRN: 425424; 6252991

CMRN: 1006565071

| Rheumatology Outpt |
|---|

methotrexate 2.5 mg oral tablet: 20 MG = 8 TAB, PO, Q Thursday, 0 Refill(s), 10/21/21 11:26:00 CDT,
   Substitute
methotrexate: 0 Refill(s), 10/20/21 4:46:00 CDT, Substitute
ocular lubricant ophthalmic solution: Conj. Sac. Both, BID, 0 Refill(s), 10/21/21 11:29:00 CDT, Substitute
traMADol 50 mg oral tablet: 50 MG = 1 TAB, PO, Q 4 Hr, Scheduled / PRN PRN Pain Moderate (scale 4-6), 0
   Refill(s), 10/21/21 11:28:00 CDT, Substitute

**Problem list:**
   All Problems
      Vitamin D deficiency / 57937016 / Confirmed
      Sjogren's syndrome / 139130018 / Confirmed
      Rheumatoid arthritis / 116082011 / Confirmed
      Mood disorder / 77054013 / Confirmed
      At risk of venous thromboembolus / 2674624010 / Confirmed
         Problem added by Discern Expert
      Asthma / 301485011 / Confirmed
      Antisocial personality disorder / 44645013 / Confirmed

**Histories**
   **Family History:**
      Cancer
         Grandparent

   **Procedure History:**
      Laparoscopic Appendectomy on 10/20/2021 at 35 Years.
         Comments:
         10/20/2021 10:02 CDT - CHARLES RN, JEEVA
         auto-populated from documented surgical case.
   **Social History**
      Social history (ST)
      Social & Psychosocial Habits

      Alcohol
         Comment: denied - 10/17/2019 17:32 - GEORGE, LONETTE F

      09/22/2021 Use: Past
         Comment: Last > 20 years ago - 09/22/2021 16:30 - MCNAIR LPC, ASIA L

      Substance Abuse
         Comment: denied - 10/17/2019 17:32 - GEORGE, LONETTE F

      09/22/2021 Use: Never

      Tobacco

Facility:  ACHN
Location:  Rheum (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby
notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this
communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HAYWOOD, DONALD
Patient Type:  Clinic Outpatient
Birth Date:  11/16/1985
Gender: Male
FIN:0859608689

Admission Date:  11/15/2021
Discharge Date:  11/15/2021

MRN:425424: 6252991

CMRN:1006565071

---

### Rheumatology Outpt

10/17/2019  **Use:** Former smoker, quit more

09/22/2021 **Use:** Former smoker, quit more
    **Type:** Cigarettes

**Physical Examination**
  Vital Signs

| 11/14/2021 10:00 CST | Temp Oral DegC | 37.0 DegC |
| | Type of Heart Rate | Noninvasive Blood Pressure Device |
| | Heart Rate | 85 bpm |
| | Respiratory Rate | 18 breaths/min |
| | Patient Position-BP | Sitting |
| | Systolic Blood Pressure | 130 mmHg |
| | Diastolic Blood Pressure | 76 mmHg |
| | Blood Pressure Method | Automatic |
| | Oxygen in Use | No | (Modified) |
| | Oxygen Saturation | 100 % |
| | Oxygen Delivery Method | Room air |
| | NIBP Site | Arm, Left |

**General:** Alert and oriented, No acute distress.
**Neck:** Supple, Non-tender.
**Respiratory:** Lungs are clear to auscultation, Respirations are non-labored.
**Cardiovascular:** Normal rate, Regular rhythm.
**Gastrointestinal:** Soft, Non-tender.
**Musculoskeletal:** + several generalized tender points on exam throughout the body.
No evidence of joint effusions anywhere. .
    Synovitis: Absent in ( Both wrists ).
    Fibromyalgia tender points: Several.
    Right shoulder: Range of motion ( Painful ).
    Left shoulder: Range of motion ( Painful ).
    Right knee: Range of motion ( Painful ).
    Left knee: Range of motion ( Painful ).
**Integumentary:** Warm, Intact, No rash.
**Neurologic:** Alert, Oriented.
**Psychiatric:** Cooperative, Appropriate mood & affect.

**Impression and Plan**
  **Diagnosis:** Rheumatoid arthritis ; ICD10-CM M06.9, Discharge DX, Medical. Sjogren's syndrome ; ICD10-CM M35.00,
    Discharge DX, Medical.

Report Request ID:  120801806                    Page 6 of 9                    Facility:  ACHN
                                                                                Location:  Rheum (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient: or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HAYWOOD, DONALD
Patient Type:  Clinic Outpatient
Birth Date:  11/16/1985
Gender: Male
FIN:0859608689

Admission Date:    11/15/2021
Discharge Date:    11/15/2021

MRN:425424; 6252991

CMRN:1006565071

---

## Rheumatology Outpt

**Plan.**  Mr Haywood is a 35 yo gentleman with PMH of RA, FMS and Secondary Sjogren's (diagnosed at Midwest Orthopedics at NIU, used to follow UIC Rheumatology Dr Arami previously)  He was forced to come to Stroger instead of UIC now because of change in location to Cook County jail now.

Regarding his history, he was diagnosed with seropositive RA (+RF, -CCP but seronegative on testing here at JSH) and Secondary Sjogren's in 2016 and was started on MTX and HCQ. As of the last note that the patient has from UIC (07/21), he is currently on MTX 8 tabs/ week + folic acid daily, HCQ 200mg BID, gabapentin 900mg TID, Tramadol 100mg TID. His last eye appt in 11/21 but OCT has not been done.

He is currently on hunger strike at the jail right now for the last 2 weeks and hence he is not taking his medications. He is also not receiving Tramadol as much as he used to before.

He underwent lap cholescystectomy in 10/21 during which Rheumatology evaluated him in the hospital.

Relevant physical exam findings:
+ several generalized tender points on exam throughout the body.
No evidence of joint effusions anywhere.

**#Seronegative RA: (he had positive RF, negative CCP in the past and was diagnosed with seropositive RA but negative serologies here):**
- fairly stable disease course on the above medications but patient has not been on meds for the last 2 weeks
- he has worsening joint pains after a physical scuffle with an officer for the last 5 days.
- exam with several tender points consistent with FMS but no evidence of joint effusions anywhere.
Plan:
would suggest a prednisone 5mg trial to see if any component of active RA
if RA improves with prednisone then will restart MTX given by UIC rheumatology

**#Secondary Sjogren's:**
- has severe dry eyes and dry mouth.
- exam with adequate salivary pooling in the oral cavity.
- patient states he has worsening of symptoms with MACE.
Plan:
- biotene mouthwash
- thera drops for dry eyes
- advised against using MACE in him given his condition.

**#FMS:**
- very active right now with several tender points on exam.
- used to be on gabapentin 900mg TID and Tramadol 100mg TID
Plan:

Report Request ID:  120801806

Page 7 of 9

Facility:  ACHN
Location:  Rheum (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HAYWOOD, DONALD
Patient Type:   Clinic Outpatient
Birth Date:  11/16/1985
Gender: Male
FIN. 0859608689

Admission Date:    11/15/2021
Discharge Date:    11/15/2021

MRN: 425424; 6252991

CMRN: 1006565071

| Rheumatology Outpt |
|---|

- advised to resume the gabapentin 900mg TID
- advise regular PT at the jail - patient states he has significant improvement with this

Pt d/w Dr Manadan. RTC 2 months for labs.

Kambhatla MD, Soumyasri
Rheumatology fellow
312-942-6000 x 3883 .

**Attending Attestation**
  **I performed:** The medical history, The physical exam, The medical decision making.
  **I supervised the key portions of:** The medical history, The physical exam, The medical decision making.
  **I discussed the case with:** The resident.
  **Interpretation and Plan:** I agree with the findings and assessment and management documented in the resident's note
    authored by KAMBHATLA MD, SOUMYASRI.

*Electronically Authored On:  15-Nov-21 10:10*
*Electronically Signed By: KAMBHATLA MD, SOUMYASRI*
*SH - Internal Medicine - Resident*
  *PGR: 312-323-0075*

*Signed On: 15-Nov-21 10:21*
*Associated Provider: MANADAN MD, AUGUSTINE M*
  *Pager Bus: 312-903-9838*

CONFIDENTIAL: If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby
notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this
communication in error, please notify the appropriate party immediately.

# Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HAYWOOD, DONALD
Patient Type:  Clinic Outpatient
Birth Date: 11/16/1985
Gender: Male
FIN: 0859608689

Admission Date:  11/15/2021
Discharge Date:  11/15/2021

MRN: 425424; 6252991

CMRN: 1006565071

## Growth Chart Details

| Age | Height | Weight | HeadCM | BMI | BSA |
|-----|--------|--------|--------|-----|-----|

Facility:  ACHN
Location:  Rheum (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.





## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

**Toni Preckwinkle**          President, Board of Cook County Commissioners

### Affiliates

Ambulatory & Community Health Network of Cook County          Provident Hospital of Cook County

Cermak Health Services of Cook County          Oak Forest Health Center of Cook County

Cook County Department of Public Health          Ruth M Rothstein CORE Center

John H. Stroger, Jr. Hospital of Cook County

Patient Name: HAYWOOD, DONALD

Patient Type:  Clinic Outpatient          Admission Date:  2/2/2022          MRN: 425424; 6252991

Birth Date: 11/16/1985          Discharge Date:  2/2/2022

Gender: Male          CMRN: 1006565071

FIN:  0863388237

---

## General Chemistry

| Laboratory Test | Collected Date | Result | Units | Reference Range |
|---|---|---|---|---|
| AST | 2/2/2022 | 17 *1 | U/L | [0-40] |
| ALT | 2/2/2022 | 16 *1 | U/L | [5-35] |
| LDH | 2/2/2022 | 151 *1 | U/L | [85-210] |
| Phos | 2/2/2022 | 4.7 H *1 | mg/dL | [2.5-4.5] |
| Uric Acid | 2/2/2022 | 2.3 L *1 | mg/dL | [3.0-7.0] |
| Protein Total | 2/2/2022 | 8.0 *1 | g/dL | [6.4-8.3] |
| Albumin | 2/2/2022 | 4.6 *1 | g/dL | [3.8-5.2] |
| Bilirubin Total | 2/2/2022 | 0.7 *1 | mg/dL | [0.2-1.2] |
| Bilirubin Direct | 2/2/2022 | 0.1 *1 | mg/dL | [0.0-0.2] |
| Alk Phos | 2/2/2022 | 52 *1 | U/L | [20-120] |
| GGT | 2/2/2022 | 16 *1 | U/L | [3-60] |
| Cholesterol | 2/2/2022 | 180 *1 | mg/dL | [130-240] |
| BUN | 2/2/2022 | 12 *1 | mg/dL | [8-20] |
| Creat | 2/2/2022 | 1.0 *1 | mg/dL | [0.6-1.4] |
| GFR (Calculated) | 2/2/2022 | 112 R1 *1 | | |

Result Comments

R1:     GFR (Calculated)
        Estimated GFR: (mL/min/1.73 sq m)

        >= 90   Normal or increased GFR
        60-89   Mild reduction in GFR, Clinical correlation needed
        30-59   Moderate reduction in GFR(CKD Stage3)
        15-29   Severe reduction in GFR(CKD Stage4)
        <15     Kidney failure  (CKD Stage 5)


        **GFR IS ESTIMATED USING CREATININE, AGE, GENDER AND RACE**
        (CKD-EPI).ESTIMATED GFR VALUES ARE NOT ACCURATE IN: OBESE
        (BMI >34)OR UNDERWEIGHT (BMI <20) PEOPLE, THE VERY OLD OR
        VERY YOUNG. RACES OTHER THAN CAUCASIAN OR AFRICAN AMERICAN,
        AND PEOPLE WITH ACUTE KIDNEY FAILURE. ACUTE ILLNESS.
        OR AMPUTATIONS

---

Report Request ID:  120801800          Page 2 of 14          Facility:  ACHN
                                                              Location:  Rheum (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error. please notify the appropriate party immediately.

# Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HAYWOOD, DONALD
Patient Type:  Clinic Outpatient
Birth Date: 11/16/1985
Gender: Male
FIN: 0863388237

Admission Date:    2/2/2022
Discharge Date:    2/2/2022

MRN: 425424; 6252991

CMRN: 1006565071

## General Hematology

| Laboratory Test | Collected Date | Result | Units | | Reference Range |
|---|---|---|---|---|---|
| WBC | 2/2/2022 | 3.3 L*1 | k/uL | | [4.4-10.6] |
| RBC | 2/2/2022 | 5.37*1 | mil/uL | | [4.15-5.56] |
| NRBC % Automated | 2/2/2022 | 0*1 | % | | |
| NRBC # Automated | 2/2/2022 | 0*1 | | | |
| HGB | 2/2/2022 | 14.7*1 | g/dL | | [12.9-16.8] |
| HCT | 2/2/2022 | 45.9*1 | % | | [38.1-49.0] |
| MCV | 2/2/2022 | 85.4*1 | fL | | [81.9-97.8] |
| MCH | 2/2/2022 | 27.4*1 | pg | | [25.7-33.2] |
| MCHC | 2/2/2022 | 32.0 L*1 | g/dL | | [32.8-35.4] |
| RDW | 2/2/2022 | 15.6*1 | % | | [12.3-15.6] |
| PLT | 2/2/2022 | 149 L*1 | k/uL | | [161-369] |
| Neutrophil % | 2/2/2022 | 29.5 L*1 | % | | [45.3-74.5] |
| Lymphocytes % | 2/2/2022 | 53.1 H*1 | % | | [18.1-43.2] |
| Monocytes % | 2/2/2022 | 13.7 H*1 | % | | [4.0-11.1] |
| Eosinophil % | 2/2/2022 | 3.2*1 | % | | [0.4-5.8] |
| Basophil % | 2/2/2022 | 0.5*1 | % | | [0.2-1.0] |
| Neutrophil # | 2/2/2022 | 1.0 L*1 | k/uL | | [2.2-6.9] |
| Lymphocytes # | 2/2/2022 | 1.8*1 | k/uL | | [1.2-3.4] |
| Monocytes # | 2/2/2022 | 0.5*1 | k/uL | | [0.2-0.8] |
| Eosinophil # | 2/2/2022 | 0.1*1 | k/uL | | [0.0-0.4] |
| Basophil # | 2/2/2022 | 0.0*1 | k/uL | | [0.0-0.1] |
| Sedimentation Rate | 2/2/2022 | 4*1 | mm/hr | | [0-18] |

Facility:  ACHN
Location:  Rheum (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HAYWOOD, DONALD
Patient Type:   Clinic Outpatient
Birth Date:  11/16/1985
Gender: Male
FIN: 0863388237

Admission Date:   2/2/2022
Discharge Date:   2/2/2022

MRN: 425424; 6252991

CMRN: 1006565071

---

## Rheumatology Outpt

Document Type:
Service Date/Time:
Result Status:
Perform Information:

Sign Information:

Rheumatology Outpt
2/2/2022 10:15 CST
Modified
MANADAN MD,AUGUSTINE M (2/3/2022 07:37 CST); RILEY
DO,MARK L (2/2/2022 10:52 CST)
MANADAN MD,AUGUSTINE M (2/3/2022 07:37 CST);
MANADAN MD,AUGUSTINE M (2/2/2022 11:11 CST); RILEY
DO,MARK L (2/2/2022 10:52 CST)

---

**Addendum by MANADAN MD, AUGUSTINE M on February 03, 2022 07:37 CST**
His spleen is normal on ultrasound
correction to above: no more Methotrexate
Can give pred 5mg daily for active Rheumatoid arthritis

Electronically Authored On:  03-Feb-22 07:37
Electronically Signed By: MANADAN MD, AUGUSTINE M
Pager Bus: 312-903-9838

**Rheumatology General Complaint**

Patient:  HAYWOOD, DONALD       MRN: 006252991c       FIN: 0863388237
Age:  36 years   Sex: Male   DOB: 11/16/1985
Associated Diagnoses:  None
Author:  RILEY DO, MARK L

**Visit Information**
   Type of encounter: Established patient
   Referring Provider: NA.

**Chief Complaint**
   Follow up for management of
   Rheumatoid arthritis

**History of Present illness**

   General complaint

Report Request ID:  120801800           Page 4 of 14           Facility:  ACHN
                                                                Location:  Rheum (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**Cook County Health**

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HAYWOOD, DONALD
Patient Type: Clinic Outpatient
Birth Date: 11/16/1985
Gender: Male
FIN: 0863388237

Admission Date:  2/2/2022
Discharge Date:  2/2/2022

MRN: 425424; 6252991

CMRN: 1006565071

---

## Rheumatology Outpt

**History** Mr Haywood is a 35 yo gentleman with PMH of RA, FMS and Secondary Sjogren's (diagnosed at Midwest Orthopedics at NIU, used to follow UIC Rheumatology Dr Arami previously). He was last seen in clinic in November 2021.

He has a history of seropositive RA (+RF, -CCP) and secondary Sjogren's (Positive ANA, +SSA) in 2016

Current regimen
-Methotrexate 8 tablets weekly
-HCQ 200 mg BID
-Gabapentin 900mg TID
-Tramadol 100mg TID.

He underwent lap cholescystectomy in 10/21

At his last visit, started on prednisone 5 mg daily. Started on Biotene spray and eye drops for Sjogren's.

He says he is still being sprayed with MACE at the jail which significantly worsens his symptoms. He never got prednisone 5 mg daily.

On 12/12/21, he presented to the ED with worsening dry mouth and oral burning. Presented again on 12/30 with facial swelling and left thumb paronychia. Had I&D of both left thumb and right mandibular area.

COVID-19 positive in early January.

Has not taken MTX in about one month due to leukopenia and thrombocytopenia.

Reports increased joint pains with stiffness for about 30 minutes. Pain is most prominent in the small joints of the hands and feet.

**Review of Systems**
  **Constitutional:** No fever, No chills.
  **Respiratory:** No shortness of breath, No cough.
  **Cardiovascular:** No chest pain.
  **Gastrointestinal:** No nausea, No vomiting, No diarrhea.
  **Immunologic:** No recurrent fevers.

**Health Status**
  **Allergies:**
    Allergic Reactions (Selected)
      No Known Allergies
  **Current medications:** (Selected)

Report Request ID:  120801800                    Page 5 of 14

Facility:  ACHN
Location:  Rheum (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HAYWOOD, DONALD
Patient Type: Clinic Outpatient
Birth Date: 11/16/1985
Gender: Male
FIN: 0863388237

Admission Date: 2/2/2022
Discharge Date: 2/2/2022

MRN: 425424; 6252991

CMRN: 1006565071

| Rheumatology Outpt |
|---|

### Outpatient Medications
#### Ordered

Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Shortness of Breath, Routine, 10/24/21 20:48:00 CDT, 26 WEEK, 04/24/22 20:47:00 CDT

FLUoxetine: 20 MG = 1 CAP, PO, Cap, Daily, Routine, 10/24/21 9:00:00 CDT, 18 WEEK, 02/26/22 9:00:00 CST

Vaseline Lip Therapy 10 grams: Vaseline Lip Therapy 10 grams, = 1 EA, Topical, BID kop, 10/25/21 17:00:00 CDT, 26 WEEK, 04/25/22 9:00:00 CDT, Instructions to Pharmacy: non formulary approved

biotene Dry Mouth Spray: biotene Dry Mouth Spray, = 1 SPRAY, PO, Q 6 hr kop, Routine, 10/25/21 0:00:00 CDT, 26 WEEK, 04/18/22 18:00:00 CDT, Instructions to Pharmacy: NF order discontinued while pt was in hospital, please send another one

coal tar 0.5% topical shampoo: 1 APP, Topical, Shampoo, Daily kop, Application Site: Scalp, Routine, 11/19/21 9:00:00 CST, 12 WEEK, 02/04/22 9:00:00 CST

divalproex sodium 500 mg oral delayed release tablet: 500 MG = 1 TAB, PO, Tab, Q 12 Hr, Routine, 10/23/21 21:00:00 CDT, 18 WEEK, 02/26/22 9:00:00 CST

docusate: 100 MG = 1 CAP, PO, Cap, Q 12 Hr, Routine, 12/13/21 21:00:00 CST, 6 WEEK, 02/21/22 9:00:00 CST

emollients, topical: = 1 APP, Topical, Cream, BID kop, 10/25/21 9:00:00 CDT, 10/17/22 0:00:00 CDT

ergocalciferol 50,000 intl units (1.25 mg) oral capsule: 50,000 UNITS = 1 CAP, PO, Cap, Q Week, Routine, 10/25/21 9:00:00 CDT, 4 WEEK, 03/07/22 9:00:00 CST

famotidine 20 mg oral tablet: 20 MG = 1 TAB, PO, Tab, Daily, Routine, 10/25/21 9:00:00 CDT, 6 WEEK, 02/27/22 9:00:00 CST

fluticasone furoate 100 mcg inhalation powder: 1 PUFF, Inhalation, Powder, Daily kop, Routine, 11/19/21 9:00:00 CST, 16 WEEK, 03/04/22 9:00:00 CST

folic acid: 1 MG = 1 TAB, PO, Tab, Daily, Routine, 10/22/21 9:00:00 CDT, 6 WEEK, 02/24/22 9:00:00 CST

gabapentin: 900 MG = 3 CAP, PO, Cap, Q 8 Hr, Instruction to Nursing: crush and float, Routine, 11/18/21 14:00:00 CST, 02/10/22 9:00:00 CST

hydroxychloroquine: 200 MG = 1 TAB, PO, Tab, Q 12 Hr, Routine, 11/18/21 17:00:00 CST, 2 WEEK, 02/10/22 9:00:00 CST

lidocaine transdermal patch 4%: 2 PATCH, Transdermal, Patch, Daily, PRN, For Cermak Pain – ONLY CERMAK Pts, Application Site: Other - See Instructions to Nursing, Instruction to Nursing: apply for a maximum of 12 hours, and then remove for at least 12 hours. okay to do 1 or 2 patche...

ocular lubricant ophthalmic ointment: 0.5 INCH, Eyelid Margin, Both, Oint, Bedtime kop, Routine, 10/25/21 21:00:00 CDT, 52 WEEK, 10/17/22 21:00:00 CDT

ocular lubricant ophthalmic solution: 1 GTT, Conj. Sac, Both, Opth Glts, Q 1 hr kop, PRN, For Other - See Instruction to Nursing, Routine, 11/18/21 17:42:00 CST, 26 WEEK, 05/19/22 18:41:00 CDT

omega-3 polyunsaturated fatty acids 1000 mg oral capsule: 2,000 MG = 2 CAP, PO, Cap, Daily, Routine, 11/03/21 9:00:00 CDT, 26 WEEK, 05/03/22 9:00:00 CDT

prazosin: 4 MG = 2 CAP, PO, Cap, Bedtime, Routine, 10/23/21 21:00:00 CDT, 18 WEEK, 02/25/22 21:00:00 CST

psyllium: 1 TBSP, PO, Powder, Q 12 Hr, Instruction to Nursing: Mix 1 Tablespoon with Water or Juice, Routine, 12/13/21 21:00:00 CST, 6 WEEK, 02/21/22 9:00:00 CST

CONFIDENTIAL: If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

# Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HAYWOOD, DONALD
Patient Type: Clinic Outpatient
Birth Date: 11/16/1985
Gender: Male
FIN: 0863388237

Admission Date:    2/2/2022
Discharge Date:    2/2/2022

MRN: 425424; 6252991

CMRN: 1006565071

| Rheumatology Outpt |
|---|

traMADol: 50 MG = 1 TAB, PO, Tab, Q 12 Hr, PRN, For Pain Severe (scale 7-10), Routine, 10/27/21 0:00:00 CDT, 2 WEEK, 02/08/22 23:59:00 CST

triamcinolone nasal: 1 SPRAY, Nostril, Both, Spray, Daily kop, Routine, 10/25/21 9:00:00 CDT, 26 WEEK, 04/18/22 9:00:00 CDT

urea topical: Topical, Cream, BID kop, 11/18/21 17:00:00 CST, 05/19/22 9:00:00 CDT

Documented Medications
   *Documented*

acetaminophen 325 mg oral capsule: 650 MG, PO, Q 4 Hr, 0 Refill(s), 10/21/21 11:26:00 CDT, Substitute

folic acid 1 mg oral tablet: 1 MG = 1 TAB, PO, Daily, 0 Refill(s), 10/21/21 11:27:00 CDT, Substitute

hydroxychloroquine 200 mg oral tablet: 200 MG = 1 TAB, PO, BID, 0 Refill(s), 10/21/21 11:27:00 CDT, Substitute

methotrexate 2.5 mg oral tablet: 20 MG = 8 TAB, PO, Q Thursday, 0 Refill(s), 10/21/21 11:26:00 CDT, Substitute

methotrexate: 0 Refill(s), 10/20/21 4:46:00 CDT, Substitute

ocular lubricant ophthalmic solution: Conj. Sac, Both, BID, 0 Refill(s), 10/21/21 11:29:00 CDT, Substitute

traMADol 50 mg oral tablet: 50 MG = 1 TAB, PO, Q 4 Hr, Scheduled / PRN PRN Pain Moderate (scale 4-6), 0 Refill(s), 10/21/21 11:28:00 CDT, Substitute

**Problem list:**
   All Problems:

Antisocial personality disorder / 44645013 / Confirmed
Mood disorder / 77054013 / Confirmed
Vitamin D deficiency / 57937016 / Confirmed
Fibromyalgia / 311662010 / Confirmed
Obesity / 2535065012 / Confirmed
COVID-19 / 3947185011 / Confirmed
   This problem was added by Discern Expert.
Neutropenia / 257385013 / Confirmed
Sjogren's syndrome / 139130018 / Confirmed
Asthma / 301485011 / Confirmed
Rheumatoid arthritis / 116082011 / Confirmed
High risk medication use / 452673015 / Confirmed

**Histories**
   **Family History:**
      Cancer
         Grandparent

   **Procedure History:**
      Laparoscopic Appendectomy on 10/20/2021 at 35 Years.
         Comments:
         10/20/2021 10:02 CDT - CHARLES RN, JEEVA

Report Request ID:  120801800

Facility:  ACHN
Location:  Rheum (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HAYWOOD, DONALD
Patient Type:  Clinic Outpatient
Birth Date:  11/16/1985
Gender: Male
FIN: 0863388237

Admission Date:    2/2/2022
Discharge Date:    2/2/2022

MRN: 425424; 6252991

CMRN: 1006565071

| **Rheumatology Outpt** |
|---|

auto-populated from documented surgical case

**Social History**
Social history (ST)
**Social & Psychosocial Habits**

**Alcohol**
  **Comment:** denied - 10/17/2019 17:32 - GEORGE, LONETTE F

09/22/2021 **Use:** Past
  **Comment: Last > 20 years ago** - 09/22/2021 16:30 - MCNAIR LPC, ASIA L

01/27/2022 **Use:** Past

**Sexual**
01/27/2022 **Self described orientation:** Straight or heterosexual
  **What is your current gender identity? (Check all that apply)** Identifies as male

**Substance Abuse**
  **Comment:** denied - 10/17/2019 17:32 - GEORGE, LONETTE F

09/22/2021 **Use: Never**

01/27/2022 **Use: Never**

**Tobacco**
10/17/2019 **Use:** Former smoker, quit more

09/22/2021 **Use:** Former smoker, quit more
  **Type:** Cigarettes

01/27/2022 **Use:** Former smoker, quit more

**Physical Examination**
Vital Signs
  2/2/2022 10:24 CST

| | |
|---|---|
| Temp Oral DegC | 36.7 DegC |
| Heart Rate | 85 bpm |
| Respiratory Rate | 16 breaths/min |
| Systolic Blood Pressure | 134 mmHg |
| Diastolic Blood Pressure | 86 mmHg |

Report Request ID:  120801800                Page 8 of 14                Facility:  ACHN
                                                                         Location:  Rheum (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient: or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HAYWOOD, DONALD
Patient Type: Clinic Outpatient
Birth Date: 11/16/1985
Gender: Male
FIN:0863388237

Admission Date:    2/2/2022
Discharge Date:    2/2/2022

MRN:425424; 6252991

CMRN:1006565071

| Rheumatology Outpt |
| --- |

| | |
| --- | --- |
| Oxygen Saturation | 98 % |
| Pain | 10 |

**General:** Alert and oriented, No acute distress.
**HENT:** Normocephalic, Normal hearing.
**Respiratory:** Lungs are clear to auscultation, Respirations are non-labored.
**Cardiovascular:** Normal rate, Regular rhythm.
**Musculoskeletal:**
Joint count: Swollen 0, Tender 8.
Right shoulder: Range of motion ( Full ).
Left shoulder: Range of motion ( Reduced, Painful ).
Right knee: Range of motion ( Full ), Effusion ( Absent ).
Left knee: Range of motion ( Full ), Effusion ( Absent ).
**Integumentary:** Intact.
**Neurologic:** Alert, Oriented.
**Psychiatric:** Cooperative, Appropriate mood & affect.

**Review / Management**
Results review: Lab results - Last 25 : Laboratory Results

| | COVID19 Screen (ER/In Patient) | COVID19 Screen (ER/In Patient) |
| --- | --- | --- |
| 2/1/2022 12:20 CST | | |
| 1/27/2022 03:32 CST | CrCl (Med Dosing) | 163 mL/min |
| 1/26/2022 14:01 CST | Troponin-I POC (ED Lab) | <0.019 ng/mL |
| 1/26/2022 13:55 CST | Color Urn | YELLOW |
| | Appearance | CLEAR |
| | Spec Gravity Urn | 1.013 |
| | Ph Urn | 7.0 |
| | Protein Urn | NEGATIVE |
| | Glucose Urn | NEGATIVE |
| | Ketones Urn | NEGATIVE |
| | Bilirubin Urn | NEGATIVE |
| | Blood Urn | NEGATIVE |
| | Nitrite Urn | NEGATIVE |
| | Urobilinogen | NORMAL |
| | Leukocyte Esterase | NEGATIVE |
| 1/26/2022 13:01 CST | Ph Venous | 7.273 LOW |
| | **PCO2 Venous** | 78.8 mmHg/L CH |
| | **PO2 Venous** | 18.2 mmHg/L LOW |
| | HCO3 Venous | 35 mmol/L HI |
| | Base Excess Venous | 5.4 mmol/L |

Report Request ID:  120801800

Page 9 of 14

Facility:  ACHN
Location:  Rheum (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HAYWOOD, DONALD
Patient Type: Clinic Outpatient
Birth Date: 11/16/1985
Gender: Male
FIN: 0863388237

Admission Date:    2/2/2022
Discharge Date:    2/2/2022

MRN: 425424; 6252991

CMRN: 1006565071

| | Rheumatology Outpt | |
|---|---|---|
| | SO2 Venous | **18.2 % LOW** |
| | Lactate Whole Bld Venous | 1.50 mmol/L |
| | **Ca Ionized Venous** | **1.32 mmol/L HI** |
| | Na Whole Bld Venous | 142.0 mmol/L |
| | **K Whole Bld Venous** | **5.1 mmol/L HI** |
| | Cl Whole Bld Venous | 104.0 mmol/L |
| | Glucose Whole Bld Venous | 85.0 mg/dL |
| | Carboxy HgB Venous | 0.4 % |
| | Met Hgb Venous | 0.80 % |
| | Creat Blood Gas Venous | 0.9 mg/dL |
| | Hgb Blood Gas Venous | 14.9 G/dL |
| | HCT Whole Bld Venous | 45.8 % |
| | GFR, Calculated | 127 |
| 1/26/2022 12:29 CST | Na | 139 mEq/L |
| | K | 3.9 mEq/L |
| | Cl | 103 mEq/L |
| | CO2 | 29 mEq/L |
| | Anion Gap | 7 |
| | Glucose serum | 84 mg/dL |
| | BUN | 8 mg/dL |
| | Creat | 0.8 mg/dL |
| | Ca | 9.7 mg/dL |
| | GFR (Calculated) | 133 |
| | **WBC** | **2.9 k/uL LOW** |
| | RBC | 5.22 mil/uL |
| | NRBC % Automated | 0 % |
| | NRBC # Automated | 0 |
| | HGB | 14.3 g/dL |
| | HCT | 44.6 % |
| | MCV | 85.4 fL |
| | MCH | 27.5 pg |
| | MCHC | 32.1 g/dL LOW |
| | RDW | 15.4 % |
| | PLT | **154 k/uL LOW** |
| | Neutrophil % | **33.3 % LOW** |
| | Lymphocytes % | **50.8 % HI** |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HAYWOOD, DONALD
Patient Type:  Clinic Outpatient
Birth Date:  11/16/1985
Gender: Male
FIN:0863388237

Admission Date:  2/2/2022
Discharge Date:  2/2/2022

MRN: 425424; 6252991

CMRN:1006565071

| Rheumatology Outpt | | |
|---|---|---|
| **Monocytes %** | 12.4 % | **HI** |
| Eosinophil % | 3.1 % | |
| Basophil % | 0.4 % | |
| **Neutrophil #** | 1.0 k/uL | **LOW** |
| Lymphocytes # | 1.5 k/uL | |
| Monocytes # | 0.4 k/uL | |
| Eosinophil # | 0.1 k/uL | |
| Basophil # | 0.0 k/uL | |

**Impression and Plan**
**Diagnosis:** Neutropenia : ICD10-CM D70.9, Discharge DX, Medical, Rheumatoid arthritis : ICD10-CM M06.9, Discharge DX, Medical, Sjogren's syndrome : ICD10-CM M35.00, Discharge DX, Medical.
**Course:** Worsening.
**Plan:** 36 year old man with seropositive rheumatoid arthritis and secondary Sjogren's syndrome who is here for follow up.

He has been off methotrexate for over one month and has been experiencing increased joint pains in his hands and feet since then. Methotrexate was discontinued due to leukopenia with neutropenia and thrombocytopenia. Not much swelling on exam today, but having increased pain.

1. Rheumatoid Arthritis
-mildly active
-Continue HCQ 200 mg BID.
-Check cbc, ESR and CRP today
would recommend sulfasalazine 500mg bid if neutrophil count improves to greater than 1.5 but will need labs afterwards
    again in 3-4 weeks
we removed MTX from medication list, ~~more MTX for now~~

2. Neutropenia/Leukopenia
doesn't seem to be felty's syndrome but if persistent neutropenia should get ultrasound spleen
-Repeat CBC, CMP today

3. Secondary Sjogren's Syndrome
-Using eye drops and Biotene spray which help. These should be continued.

4. Long Term use of HCQ
-Has optho appt on 2/4/22

Mark Riley, DO
Rheumatology, PGY-4

Report Request ID:  120801800

Page 11 of 14

Facility:  ACHN
Location:  Rheum (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HAYWOOD, DONALD
Patient Type: Clinic Outpatient
Birth Date: 11/16/1985
Gender: Male
FIN: 0863388237

Admission Date:    2/2/2022
Discharge Date:    2/2/2022

MRN: 425424: 6252991

CMRN: 1006565071




| **Rheumatology Outpt** |
|---|

* **advised against using MACE in him given his sjogren's condition. Tight cuffs will be very painful for wrists because of active Rheumatoid arthritis**

Risk and benefits explained of: Immunosuppressive medications.
**Patient Instructions:**    Patient counseled: To return to clinic/ER for new or worsening symptoms.
**Orders**
Order Profile (Selected)
Outpatient Orders
Ordered
BUN-Creatinine: 02/02/22 10:55:00 CST, Blood, Routine, Neutropenia | Rheumatoid arthritis | Sjogren's syndrome, 02/02/22 10:55:00 CST
CBC with Differential: 02/02/22 10:55:00 CST, Blood, Routine, Neutropenia | Rheumatoid arthritis | Sjogren's syndrome, 02/02/22 10:55:00 CST
CRP High Sensitivity: 02/02/22 10:55:00 CST, Blood, Routine, Neutropenia | Rheumatoid arthritis | Sjogren's syndrome, 02/02/22 10:55:00 CST
Liver Enzymes: 02/02/22 10:55:00 CST, Blood, Routine, Neutropenia | Rheumatoid arthritis | Sjogren's syndrome, 02/02/22 10:55:00 CST
Liver Profile: 02/02/22 10:55:00 CST, Blood, Routine, Neutropenia | Rheumatoid arthritis | Sjogren's syndrome, 02/02/22 10:55:00 CST
Sedimentation Rate: 02/02/22 10:55:00 CST, Blood, Routine, Neutropenia | Rheumatoid arthritis | Sjogren's syndrome, 02/02/22 10:55:00 CST.

**Attending Attestation**
**I performed:** The medical history, The physical exam, The medical decision making.
**I supervised the key portions of:** The medical history, The physical exam, The medical decision making.
**I discussed the case with:** The resident.
**Interpretation and Plan:** I agree with the findings and assessment and management documented in the resident's note authored by RILEY DO, MARK L.

Report Request ID:   120801800                    Page 12 of 14                    Facility:  ACHN
Location:  Rheum (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**Cook County Health**

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HAYWOOD, DONALD
Patient Type:  Clinic Outpatient
Birth Date:  11/16/1985
Gender: Male
FIN: 0863388237

Admission Date:    2/2/2022
Discharge Date:    2/2/2022

MRN: 425424; 6252991

CMRN: 1006565071

---

### Rheumatology Outpt

---

*Electronically Authored On:  02-Feb-22 10:52*
*Electronically Signed By: RILEY DO, MARK L*
*Rheumatology - Rush - Resident*
*Program:  Rush     PGR:*

*Signed On: 02-Feb-22 11:11*
*Associated Provider: MANADAN MD, AUGUSTINE M*
*Pager Bus: 312-903-9838*

Facility:  ACHN
Location:  Rheum (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

# Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HAYWOOD, DONALD
Patient Type:  Clinic Outpatient
Birth Date: 11/16/1985
Gender: Male
FIN: 0863388237

Admission Date:    2/2/2022
Discharge Date:    2/2/2022

MRN: 425424; 6252991

CMRN: 1006565071

## Growth Chart Details

| Age | Height | Weight | Head C/R | BMI | BSA |
|-----|--------|--------|----------|-----|-----|

Performing Locations
*1:     This test was performed at:
        JSH Laboratory, 1901 West Harrison Street, Chicago, IL, 60612-    , US

CONFIDENTIAL: If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.



**Cook County Health**
1900 W. Polk St.
Chicago, IL 60612

## Patient Information

**MRN:**            006252991c                        **CMRN:**

**Patient Name:**   HAYWOOD, DONALD                    **Previous Name**

**Home Address:**   2800 S CALIFORNIA AVE

                    CHICAGO, IL  606085107

**Home Phone:**     (773) 674-5245

**DOB:**  11/16/1985   **Sex:**  Male        **Marital Status:**  Single

## Encounter Information

**Admission Date/Time:**   01/27/2022 00:16       **Discharge Date/Time:**   01/27/22 01:09

**Patient Type:**          Emergency              **Hospital Service:**       Emergency

**Attending Physician:**   NEEDLEMAN MD, ROBERT K  **Fin Number:**            0863087722

## Financial Data

**Guarantor Name:**   DONALD HAYWOOD

**Address:**          2800 S CALIFORNIA AVE

                      CHICAGO, IL  606085107

**Relationship to Patient:**   Self

**Primary Health Plan:**

**Policy Number:**                               **Group Number:**

**Secondary Health Plan:**

**Policy Number:**                               **Group Number:**

**Facility:**   Stroger

CONFIDENTIAL - If the reader of this report is not the intended recipient, or the employee or the agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party.

Printed:   03/15/22 11:39:19

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Donald Haywood (#R-47947), | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 16 C 3566 |
| | ) | |
| v. | ) | |
| | ) | Judge Amy J. St. Eve |
| Wexford Health Sources, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Plaintiff's motion for leave to proceed in forma pauperis [#6] is granted. The Court orders the trust fund officer at Plaintiff's place of incarceration to deduct $33.98 from Plaintiff's account for payment to the Clerk of Court as an initial partial payment of the filing fee, and to continue making monthly deductions in accordance with this order. The Clerk of Court shall send a copy of this order to the trust fund officer at Stateville Correctional Center. However summonses shall not issue at this time. Plaintiff's motion for attorney representation [#4] is granted. The Court recruits Robert K. Bush of Ancel, Glink, Diamond, Bush, DiCianni & Rolek, P.C., 140 South Dearborn Street, 6th Floor, Chicago, IL 60603, to represent Plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37 (N.D. Ill.). After investigation, counsel should notify the Court by July 21, 2016, if he wishes to proceed with the complaint on file or he intends to file an amended complaint. If counsel is unable to file an amended complaint, he should so inform the Court.

### STATEMENT

Plaintiff, presently in custody at Stateville Correctional Center, brings this pro se civil rights action pursuant to 42 U.S.C. § 1983, alleging that he has been denied adequate mental health care at Stateville. He also alleges that due to Defendants' failure to provide him with mental health care, he got in fights, was issued disciplinary reports and suffered violations of his due process rights in the processing of the charges against him, and retaliation for filing grievances. Before the Court are Plaintiff's motion to proceed *in forma pauperis*, his complaint for initial review pursuant to 28 U.S.C. §1915A, and his motion for attorney representation. The Court notes that this is Plaintiff's second complaint filed in 2016. Plaintiff is reminded that if he submits any additional new cases he must submit the complaint on the Court's form and include a complete statement of his litigation history. If he fails to do so, his suit may be subject to dismissal for fraud on the Court. *Hoskins v. Dart*, 633 F.3d 541, 543 (7th Cir. 2011).

Plaintiff's application for leave to proceed *in forma pauperis* demonstrates he cannot prepay the filing fee and is thus granted. Pursuant to 28 U.S.C. § 1915(b)(1), (2), the Court orders: (1) Plaintiff to immediately pay (and the facility having custody of him to automatically remit)

$33.98 to the Clerk of Court for payment of the initial partial filing fee and (2) Plaintiff to pay (and the facility having custody of him to automatically remit) to the Clerk of Court twenty percent of the money he receives for each calendar month during which he receives $10.00 or more, until the $350 filing fee is paid in full. The Court directs the Clerk of Court to ensure that a copy of this order is mailed to each facility where Plaintiff is housed until the filing fee has been paid in full. All payments shall be sent to the Clerk of Court, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify Plaintiff's name and the case number assigned to this case.

Under 28 U.S.C. §§ 1915(e)(2) and 1915A(a), the Court is required to screen *pro se* prisoners' complaints and dismiss the complaint, or any claims therein, if the Court determines that the complaint or claim is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. *See Jones v. Bock*, 549 U.S. 199, 214 (2007); *Turley v. Rednour*, 729 F.3d 645, 649 (7th Cir. 2013). Courts screen prisoner litigation claims in the same manner as ordinary Federal Rule of Civil Procedure 12(b)(6) motions to dismiss. *See Maddox v. Love*, 655 F.3d 709, 718 (7th Cir. 2011). A motion under Rule 12(b)(6) challenges the sufficiency of the complaint. *See Hallinan v. Fraternal Order of Police of Chi. Lodge No. 7*, 570 F.3d 811, 820 (7th Cir. 2009). Under Rule 8(a)(2), a complaint must include "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). The short and plain statement under Rule 8(a)(2) must "give the defendant fair notice of what the claim is and the grounds upon which it rests." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (citation omitted). Under federal notice pleading standards, a plaintiff's "[f]actual allegations must be enough to raise a right to relief above the speculative level." *Twombly*, 550 U.S. at 555. Put differently, a "complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Twombly*, 550 U.S. at 570). "In reviewing the sufficiency of a complaint under the plausibility standard, [courts] accept the well-pleaded facts in the complaint as true." *Alam v. Miller Brewing Co.*, 709 F.3d 662, 665-66 (7th Cir. 2013). Courts also construe *pro se* complaints liberally. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (per curiam).

Here, accepting Plaintiff's factual allegations as true, the Court finds that the complaint states a colorable federal claim. Plaintiff is clearly making claims of deliberate indifference to a serious mental health condition. Because of the nature of the allegations made in Plaintiff's complaint and the potential for issues involved in the discovery process, the Court grants Plaintiff's motion for attorney representation. *See Miller v. Campanella*, 794 F.3d 878, 880 (7th Cir. 2015). The Court hereby requests that Robert K. Bush of Ancel, Glink, Diamond, Bush, DiCianni & Rolek, P.C., 140 South Dearborn Street, 6th Floor, Chicago, IL 60603, provide Plaintiff with assistance of counsel and represent Plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37 (N.D. Ill.). After investigation, counsel should notify the Court by the above referenced date if he wishes to proceed with the complaint on file or he intends to file an amended complaint. If counsel is unable to file an amended complaint, he should so inform the Court.

Dated: June 16, 2016

AMY J. ST. EVE
United States District Court Judge

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** HAYWOOD, DONALD

**Hearing Date/Time:** 2/9/2022  09:00 AM

**Incident Number:** 202101223/13 - MEN

**IDOC Number:** R47947

**Living Unit:** MEN-N2-06-19

**Status:** Continued Final

**Race:** BLK

**Orientation Status:** N/A

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 9/9/2021 | 202101223/1-MEN | ACKLIN, JARED D | PON-NORTH HOUSE | 12:50 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 215 | Disobeying a Direct Order Essential to Safety and | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|------------|--------------|----------------|
| No Witness Requested | | | |

## RECORD OF PROCEEDINGS

* Hearing was continued, Individual in Custody Haywood, Donald-R47947  is on a court writ and unable to participate in the proceedings.

## BASIS FOR DECISION

* Hearing was continued, Individual in Custody Haywood, Donald-R47947  is on a court writ and unable to participate in the proceedings.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

|  RECOMMENDED  | FINAL |
|---------------|-------|
| CONTINUE | —CONTINUED— |
| Basis for Discipline: | |

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|--|-----------|------|------|
| SCHOENBECK, JOSHUA A - Chair Person | *[signature]* | 02/09/22 | WHI |
| JONES, ANTHONY B | *[signature]* | 02/09/22 | BLK |
| Recommended Action Approved | | | |

**Final Comments:** N/A

ANTHONY D WILLS / ADW  2/23/2022
**Chief Administrative Officer**

*[signature]*  02/23/22
**Signature**    **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

*[signature]*
**Employee Serving Copy to Committed Person**

3-3-22    1500
**When Served  -- Date and Time**

Run Date: 2/23/2022 11:11:35         Page 1 of 1

## STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

**Name:** HAYWOOD, DONALD    **IDOC Number:** R47947    **Race:** BLK

**Hearing Date/Time:** 2/1/2022  09:00 AM    **Living Unit:** MEN-N2-06-19    **Orientation Status:** N/A

**Incident Number:** 202101224/12 - MEN    **Status:** Continued Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 9/9/2021 | 202101224/1-MEN | TIPPET, TYLER J | PON-WEST HOUSE | 12:10 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 102a | Assault with Injury | |
| | *Comments:hit staff in face and head* | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|-----------|--------------|----------------|
| No Witness Requested | | | |

### RECORD OF PROCEEDINGS
* Hearing was continued, Individual in Custody Haywood, Donald-R47947  is on a court writ and unable to participate in the proceedings.

### BASIS FOR DECISION
* Hearing was continued, Individual in Custody Haywood, Donald-R47947  is on a court writ and unable to participate in the proceedings.

### DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| C O N T I N U E | —C O N T I N U E D— |

Basis for Discipline:

### Signatures
**Hearing Committee**

| | | | |
|--|--|--|--|
| SCHOENBECK, JOSHUA A  - Chair Person | *Signature* | 02/01/22 | WHI |
| | | Date | Race |
| JACKSON, TERRANCE T | *Signature* | 02/01/22 | BLK |
| | | Date | Race |
| Recommended Action Approved | | | |

### Final Comments: N/A

ANTHONY D WILLS / ADW  2/22/2022    *Signature*    02/22/22

**Chief Administrative Officer**    Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

**Employee Serving Copy to Committed Person**    3.3.22  1:50

When Served -- Date and Time

Run Date: 2/23/2022 11:11:02    Page 1 of 1

DOB 11-16-1985
InSR 6-21-2058

9/19/21
1230pm

642970382

EXHIBIT F

## ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

_____POMTIAC_____
(Facility)

Offender's Name: __HAYWOOD DONALD__   ID# __R 47947__

Reason for Referral:   ☐ Consult   ☐ Non-Formulary Medications   ☐ Medical Equipment
☐ Evaluation   ☐ Management
☐ Procedure/service (specify)   RTC in 6 wks c̄ n/la.
☒ Other (specify) _____

Urgent: ☐ Yes  ☒ No

312-413-5569

Referred to: __UIC Arthritis  1801 w. Taylor  3D Chicago__

Rationale for Referral: __1. Sjogrens disease__

_____
_____
_____

Andrew Tilden, MD                              1.22.21
Print Referring Practitioner's Name   Referring Practitioner's Signature   Date

### Report of Referral (Use Reverse Side, if necessary)

Findings: _____
_____
_____

Assessment: Primary Sjogren's Syndrome w/ positive RF. Synovitis is not present today. 1) Moisto mucosa. Poor dentition, topical bacterial folliculitis.

Please fax labs to 312 413 7835   cc: John Berry DO
Recommendations/Plans: Needs physical therapy in person w/ PT. Needs CBC/CMP/ESR/CRP
if required. Will resume MTX 25 mg 8 tabs weekly. Check dose
16 mg weekly pending labs. Maintain 1100 dm dily tsp
dentistry appt. 1) Requires yearly optho. appt. Requires q 3 month
labs. (CMP/CBC/ESR/CRP). Requires frequent sips of water. Topical mupirocin + affected
area on back of Neck, Monitoring
John Berry DO                                        Date 2 times daily Dr
Print Practitioner's Name   Practitioner's Signature   7 days. RTC 3 months
dde: 2/19/21

Facility Medical Director Use Only
I have reviewed the recommendations and:

☒ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

CHansen                                              2-23-21
Print Facility Medical Director's Name   Facility Medical Director's Signature   Date

**J.B. Pritzker**
Governor



**Rob Jeffreys**
Director

### The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Donald Haywood

ID#: R47947                                                          4/4/22
                                                                     Date

Facility: Menard

This is in response to your grievance received on **3.28.22**. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 2.13.22    Grievance Number: 90.3.22    Griev Loc: Menard

- ☐ Transfer denied by the Facility
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Assignment (job, cell)
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated:          Incident #
- ☑ Other    Medical Treatment - 2.3.22- not receiving medical care  - blood in stools - wants transfer

Based on a review of all available information, this office has determined your grievance to be:

- ☐ Affirmed, Warden          is advised to provide a written response of corrective action to this office by
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.
- ☑ Other: Staff misconduct unable to be substantiated. Grievant has been seen by healthcare staff on multiple occasions since February.

Medications have been prescribed and referrals to offsite specialist have been submitted. Treatment is at the discretion of the licensed medical provider. *Transfers are an Administrative decision*

FOR THE BOARD:                          CONCURRED:
              DeAnna Kink                                    Rob Jeffreys
        Administrative Review Board                              Director

CC: Warden,  Menard          Correctional Center
    Donald Haywood          ID# R47947

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender:  Haywood _____ Donald _____  ____  R47947 ____
                **Last Name**                                 **First Name**         **MI**      **ID#**

Facility:  Menard _____

☒ Grievance: Facility Grievance # (if applicable) _____  Dated: 9/19/2021 ____  or ☐ Correspondence: Dated: _____

Received: 9/22/2021 ____  Regarding: Transfer - transferred on medical hold, Medical - medical treatment _____
          **Date**

The attached grievance or correspondence is being returned for the following reasons:

**Additional Information required:**

☐  Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐  Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐  Provide dates when incidents occurred.

☐  Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐  Contact your correctional counselor or Field Services regarding this issue.

☐  Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐  Contact the Record Office with your request or to provide additional information.

☒  Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐  Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐  Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐  Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐  Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐  Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐  This office previously addressed this issue on _____
                                         **Date**

☒  No justification provided for additional consideration.

**Other** (specify): Per DR540.810, the grievance process shall not be used for decisions rendered by the director such as facility placement.  Direct healthcare concerns to the HCU. _____

Completed by:  Travis Bayler _____  [signature]  ____  10/1/21 ____
                **Print Name**                           **Signature**          **Date**

Distribution:  Offender              *Printed on Recycled Paper*             DOC 0070 (Rev. 3/2018)
           Inmate Issues

Assigned Grievance #/Institution. _____   Housing Unit: N-2-   Bed #: 617

1st Lvl rec: _____   2nd Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## Offender's Grievance

| Date: 9-19-2021 | Offender (please print): Donald Haywood | ID #: R47947 | Race (optional): Black |

Present Facility: Menard CC   Facility where grievance issue occurred: Pontiac CC

**Nature of grievance:**

☐ Personal Property      ☐ Mail Handling      ☒ Medical Treatment      ☒ ADA Disability Accommodation
☒ Staff Conduct          ☐ Dietary            ☐ HIPAA                  ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility   ☒ Other (specify): Warden/medical staff/ I A/and Everyone who played a part
☐ Disciplinary Report

_____ Date of report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
    **Chief Administrative Officer,** only if EMERGENCY grievance
    **Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 9-9-2021 i was Transfered to menard cc because i had a fight with the Police and the medical staff D.O.N Nikki Rambo, Jen Smith, J. Davids, warden Jackson, And the IA staff all pinyed a Rule in shiping me down to menard knowing wi i had a medical hold for a chronic medical ill in which i go to ujc every 6 week for the (RA) And Every 6 months for the Eye procedure. IN the contrack that Wexford signed with IDOC it states Befor any inmate is Moved they will check for medical holds because they have

☒ Continued on reverse

**Relief Requested:**

As of now i have not been able to get my medical treatment at all And this is All because i wouldnt make a statement to ship a inmate out without trying to make sure that his medical Appointments is kept is wrong I want to be able to go to ujc for Any Medical treatment. Stateville or Dixon

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

Donald Haywood          R47947          9-19-2021
Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____
_____
_____
_____
_____
_____
_____

_____   _____   _____
Print Counselor's Name   Sign Counselor's Name   Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with ~~RECEIVED~~ grievance officer.

**RECEIVED**

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance process.

SEP 2 2 2021

**ADMINISTRATIVE REVIEW BOARD**

_____   _____
Chief Administrative Officer's Signature   Date

Assigned Grievance #/Institution: _____   Housing Unit: _____   Bed #: _____

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

a deal with VIC thwer Wexford Health Sources inc thwer Mark W, Hale President & Chief Executive officer. Signed 10-13-2010, Wexford has Made it clear that if the inmate has a chronic medical issue that they have to keep going out for they will not be moved from that joint unless it's important and with the intenth to send that inmate where they can still go out to the outside vendor who is contracted by Wexford. Now Pontiac CC moved me with the intent to make me suffer in pain and not able to me the 6 week deadline in which I go every 6 weeks, Now Everyone who know medical knows that stateville cc, Pontiac cc. Dixon cc is the only joints that can house medical Holds for VIC,

RECEIVED
APR 06 2022
MENARD CC
GRIEVANCE OFFICE

Grievance

Dear, Green,

4-5-22

I'm writing you because I send you 6 Grievances Sunday night and I'm waiting on my Respond saying you got them. All I wont is to have my issues Reported. If you Not going to do it then just send them back saying No.

# 19-4-22                          Thank you
# 24-4-22                          Donald Haywood
# 29-4-22   received on 4-4-2022   R47947
# 30-4-22   status Attached        NZ 29/6

Can you tell me if my Grievances have been Ruled on? Please

2-25-22 # N 342 )           We have not received these from Stateville
2-25-22 # N 349 )  Stateville
# N 358

# 122-2-22 (by-Springfield )

                                Thank you very much
Denied at institutional level on 3/18/22,
your copy was sent to you on 3/31/22.
ARB reply: Failed to meet the 60 day timeframe
     (ODR 9/9/21)

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R47947 | **Counseling Date** | 04/04/22 10:50:20:657 |
| **Offender Name** | HAYWOOD, DONALD | **Type** | Collateral |
| **Current Admit Date** | 11/01/2005 | **Method** | Grievance |
| **MSR Date** | 03/12/2032 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-02-16 | **Staff** | RAMSEY, SHEILA M., Office Coordinator |

Grievance Office received grievance #19-4-22 regarding staff performance/unanswered grievances dated 4/3/2022. Forwarded to Clinical Services for Counselor's response.

# 24-4-22 Deemed Emergency (expedited)

# 29-4-22 Deemed non-emergency & returned to you

# 30-4-22 Deemed Emergency (expedited)

**Print Date** 4/6/2022

COPY

## State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R47947 | **Counseling Date** | 03/21/22 14:40:54:390 |
| **Offender Name** | HAYWOOD, DONALD | **Type** | Collateral |
| **Current Admit Date** | 11/01/2005 | **Method** | Grievance |
| **MSR Date** | 03/12/2032 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-02-16 | **Staff** | RAMSEY, SHEILA M., Office Coordinator |

Grievance Officer completed 2nd level review of grievance #122-2-22. A copy of the grievance response was sent to the individual in custody via institutional mail.

4/1/22 Denied by ARB – Failed to meet 60 day timeframe. (ODR 9/9/21)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: *Haywood*  *Donald*  _____ MI  R47947
        Last Name        First Name    MI    ID#

Facility: *Menard*

☐ Grievance: Facility Grievance # (if applicable) _____ Dated: 2/4/22 .or ☐ Correspondence: Dated: _____

Received: 2/8/22 Regarding: DR issued on 9/9/21
    Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal, if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
        Date

☐ No justification provided for additional consideration.

**Other** (specify): _____

Completed by: RYAN A. KILDUFF        *Ryan A Kilduff*    3/25/22
        Print Name            Signature        Date

Distribution: Offender
        Inmate Issues

*Printed on Recycled Paper*    DOC 0070 (Rev. 3/2018)

2-6-22

DEAR, ARB

I'm writing to Kinda Explain my Late Grievance
I was at Court Since 2021 9-22 and Just came
back, I was told menard cc is holding my
Two trekets so I can Here them when I get back
down their, I Just want to leave my past in the pass
I tride to End all this befor I left but menard have
they own ways of doing things because Springfield Allow
them to make they own RULES This is stoping me from
going to a Small Joint and work on going home.

Donald Haywood

Donald Haywood
R 47947
StateVille CC NRC

RECEIVED

FEB 08 2022

ADMINISTRATIVE
REVIEW BOARD

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Disciplinary Report**

1224

N= 6-17
Now TC Menard
JMI

**Type of Report:** ☒ Disciplinary  ☐ Investigative

Facility: Pontiac CC   Date: 09/09/21

Name of Individual in Custody: Haywood, Donald   ID #: R47947   SM: ☒   Race: Black

Observation Date: 09/09/21   Approximate Time: 1210 ☐a.m. ☐p.m.   Location: West Cell House, First Entrance

Offense(s): DR 504: 102a - assault with Injury

**Observation:** (NOTE: Each offense identified above must be substantiated.)

On the above date and approximate time, this BIO was assigned to west cellhouse 7 and 8 gallery. While re-entering the cellhouse through the front door after assisting with a yard line, I observed individuals in custody Haywood (ID # R47947) standing Just inside the front entrance. As I passed by Haywood, he began striking me with closed fist multiple times on my face and head. I, along with LT McGinnis, LT Doolin, SGT Edens, and C/O Lopez gained control of Haywood and placed him in handcuffs. The situation was reported to the shift commander. Haywood was identified by state ID. ///END OF REPORT/// Officer Tippet was sent to the outside hospital where he received stitches to his injuries.

Witness(es): LT Doolin, LT McGinnis, SGT Edens, C/O Lopez, C/O Skinner

☐ Check if Disciplinary Report Continuation Page, DOC 0018, is attached to describe additional facts, observations or witnesses

Reporting Employee (Print Name): T. Tippet   Badge #: 3811   Signature: ___   Date: 09/10/21   Time: 6:05

**Disciplinary Action**

Shift Review: ☒ Temporary Confinement   ☐ Investigative Status   Reason: Nature of Offense
Printed name and Badge #: Lemmink   Shift Supervisor's Signature: ___   Date: 9-10-21

Reviewing Officer's Decision: ☒ Confinement reviewed by Reviewing Officer   Comment: CAICW
☒ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit
Print Reviewing Officer's Name and Badge #: M. Loobs 79   Reviewing Officer's Signature: ___   Date: 9-16-21

☒ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only):
Print Hearing Investigator's Name and Badge #: C.Nelson 100B   Hearing Investigator's Signature: ___   Date: 9/12/21

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if individual in custody refused to sign   Individual in Custody's Signature: ___   ID #: R47947
Serving Employee (Print Name): Gacek   Badge #: 1046   Signature: ___
Date Served: 9/14/21   Time Served: 8:36 ☐a.m. ☐p.m.

☒ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.
Individual in Custody's Signature: Donald Haywood   R47947

(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)
Date of Disciplinary Report: 9-26-21   Print Individual in custody's name: ___   ID#: ___

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness: ___   Witness badge or ID#: ___   Assigned Cell (if applicable): ___   Title (if applicable): ___
Witness can testify to: ___

Print Name of witness: ___   Witness badge or ID#: ___   Assigned Cell (if applicable): ___   Title (if applicable): ___
Witness can testify to: ___

Distribution: Master File, Individual in Custody

Page 1 of 1

DOC 0317 (Rev. 7/2021)

ILLINOIS DEPARTMENT OF CORRECTIONS
**MENTAL HEALTH DISCIPLINARY REVIEW**

Offender Name: Haywood, Donald                                    ID#: R47947

| Disciplinary notification received from Shift Commander: 09-12-2021 | Facility: Pontiac |
| --- | --- |

Disciplinary Report (DOC 0317) received:   09-12-2021
                                                            Date

Action:   ☐ Stay of continuance until further notice
          ☒ Resume proceedings

Facility: Pontiac
☐ Sp/RTU    ☐ SEG    ☒ GP
☐ R&C       ☐ HCU    ☐ PC

Date and Time of Original Disciplinary Report (DOC 0317): 9/9/2021                    1210    ☐ a.m.
                                                                                             ☒ p.m.

List Offense(s):      102a-Assault

Level of Care:  ☐ Acute Inpatient   ☐ Sub-acute Inpatient   ☐ Sp/RTU   ☒ Outpatient   ☐ Crisis

Was the offender on crisis watch at the time of offense? ........................... ☒ No    ☐ Yes

Is the offender currently on crisis watch? ............................................ ☒ No    ☐ Yes

Current mental status: .......................................................................... ☒ Stable    ☐ Not Stable

Mental Health Summary: It is this MHP's opinion that the offender's mental illness did not contribute to the behavior of the offense for which the 0317 was issued.

It is this MHP's opinion that consideration for segregation placement of this offender is appropriate based on the offender's mental health symptoms and needs. However, it should be noted that lengthy segregation time for the SMI population is not recommended.

Please refer to the Recommendations section of this form for specific recommendations regarding areas that may include, but are not limited to, specific terms of segregation (including no segregation time) or specific treatment during the term of segregation.

Assigned Grievance #/Institution: _____    Housing Unit: D-106    Bed #: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| 1st Lvl rec: ✓ | | | 2nd Lvl rec: |

| Date: 2-6-22 | Offender (please print): Donald Haywood | ID #: R 47947 | Race (optional): BLACK |

| Present Facility: Stateville CC NRC | Facility where grievance issue occurred: Menard CC / Pontiac CC |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify):
- [x] Disciplinary Report    9-9-21       Pontiac CC / Menard CC
                      Date of report            Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   Chief Administrative Officer, only if EMERGENCY grievance
   Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I was given two tickets on 9-9-2021 for at 12:00 pm and 12:50 pm. I was shiped to menard CC that same day in a van and held their for 14 day without a hereing. It's not like I was not trying to here my two tickets. Befor I went to court but I was told by counselor Wood and Sgt Sena (t's that I dont Run they Adjustment committee. I wote for 14 days in a Row asking to here my ticket because i had court on 9-22-21 and i may be given

[x] Continued on reverse

Relief Requested: I wont them to Be called at menard CC Adjustment committee Board and told to throw Both tickets away. This is the same thing they did to me in 2012 or 2011. They gave me a smoke and safey but drdnt tey me they found me guilty anto I left (NRC and when I made it BACK to menard CC they walked me stright to seg and made me do the hole 3 months. I wont a hereing where I will show I have

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Donald Haywood | R 47947 | 2-6-22 |
| Offender's Signature | ID# | Date |

RECEIVED

(Continue on reverse side if necessary)

---

| Counselor's Response (if applicable) | Date Received: | [ ] Send directly to Grievance Officer | FEB 08 2022 |

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

ADMINISTRATIVE
REVIEW BOARD

_____    _____    _____
Print Counselor's Name         Sign Counselor's Name              Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

| EMERGENCY REVIEW: | Date Received: _____ |

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____    _____
Chief Administrative Officer's Signature              Date

Distribution: Master File; Offender                Page 1 of 2                DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____    Housing Unit: A - 106    Bed #: ___

1st Lvl rec: ___    **ILLINOIS DEPARTMENT OF CORRECTIONS**    2nd Lvl rec: ___
**Offender's Grievance**

For a while due to my sentence being taken away because I was a Juvenile when my case happen I even talked to the Crisses team about this the day befor I went to court. I sent my C/o down to the Committee Person on the Wedsday befor I left and gave them a 2 Page Note, I had ask for my hereing upon being placed in Stateville NRC and was told that menard CC is holding my treket and to I get back down their first I came to menard CC on 9-9-2021 and they have only 14 days to here my tickets on that 14th day I was taken to court so that was 5 months ago last year. I had 55 years then which I no longer have Life and it's not on me that they fell to do they Jobs Even if we stop the time at 13 days because I left on that 14th day it's Still to long. I been back in the Junt since 2-3-22 and they wont Allow me to here my trekots,

_Relfef Requested:_
Letters from Ms. Hood who is the North 2 seg cunsolor telling me to contack them and my Records that will show I talked to mental health about the same things They droped the ball No me. I wanted my hereing so I could Prove I did nothing wrong but Proteck myself and was targeted by Pontiac staff. I Also have medical Records from Cook county that show i had Blood force trumma to the head from being beat in the head by Pontiac. CC staff with handcuff on thy noddle feet. If I'm allowed to get a in person hereing with the Board I can show I Reashed out to Everyone trying to get help. I cant make Copys of my Letter because Stateville NRC Dont have a Real Law Library.

_Donald Stafford_

Distribution: Master File; Offender    Page 2 of 2    DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH DISCIPLINARY REVIEW

Offender Name: Haywood, Donald                                    ID#: R47947

Based on offender's mental health status and mental illness it is the reviewing MHP's OPINION that:

|  | No | Yes |
|---|---|---|
| • The offenders mental illness contributed to the behavior at issue and as reported on the DOC 0317: | ☒ | ☐ |
| • Confinement in segregation is likely to significantly impact the offender's mental health: | ☐ | ☒ |
| • The offenders mental illness should be considered when imposing discipline (up to and including segregation): | ☐ | ☒ |

Recommendations:

Proposed segregation term: 0-6 months

- ☒ Consider reduced segregation time
- ☐ C-grade only recommended
- ☐ Recreation restriction recommended
- ☐ B-grade only recommended
- ☐ Good time revocation recommended
- ☒ Loss of privileges (identity): _____
  _____
  _____
  _____
  _____
  _____
- ☐ Other penalty: _____
  _____
  _____
  _____

Mental Health Review completed by:

Andrea Yohas, LCSW
Name (Print)

_Araueyhas, LCSW_
Signature

QMHP
Title

09-12-2021
Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**Disciplinary Report**

*Menard SMI*

**Type of Report:** ☑ Disciplinary  ☐ Investigative

Facility: Pontiac Correctional Center

Date: 09/09/21

Name of Individual in Custody: DONALD HAYWOOD    ID #: R47947    Star: ☑ yes ☐ no    Race: BLK (PERO360)

Observation Date: 09/09/21    Approximate Time: 12:50 ☐ a.m. ☑ p.m.    Location: NAD Holding Tank

Offense(s): DR 504: 215 – Disobeying a Direct Order Essential to Safety and Security

**Observation:** (NOTE: Each offense identified above must be substantiated.)

On 09/09/21 at approximately 12:50pm the Intel Unit was assisting Internal Affairs with interviewing and documenting Individual in Custody DONALD HAYWOOD R47947 in NAD holding tank. This I/O was strip searching HAYWOOD due to being placed in Temp Confinement for a staff assault. After completion of the strip search this I/O ordered Individual in Custody HAYWOOD to be placed back in mechanical restraints. Individual in Custody refused to be placed back in mechanical restraints. This I/O gave multiple direct orders for Individual in Custody HAYWOOD to be mechanically restrained. Individual in Custody HAYWOOD refused all orders given to him. This I/O notified Cellhouse Command Staff, which then notified TAC. This I/O identified Individual in Custody by name and face and institutional Graphics. EOR

**Witness(es):**

☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| I/O J. Acklin | 3192 | | 09/09/21 | 1:45 ☐ a.m. ☑ p.m. |
|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement    ☐ Investigative Status    Reasons:

Printed Name and Badge #    Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer)    Date

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer    Comment:

☑ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ Minor Infraction, submitted to Program Unit

Print Reviewing Officer's Name and Badge #    Reviewing Officer's Signature    Date 9-9-21

☑ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only):

C Nelson 10012    Print Hearing Investigator's Name and Badge #    Hearing Investigator's Signature    Date 9-13-21

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along these lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if Individual in custody refused to sign    Individual or Custody's Signature    R47947

Goetz    Serving Employee (Print Name)    1046    Badge #    Signature

9/14/21    Date Served    836    Time Served    ☐ a.m. ☑ p.m.

☑ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

W. Haywood    Individual in Custody's Signature    R47947    ID#

- - - - - (Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing) - - - - -

9-9-21    Date of Disciplinary Report    Donald Haywood    Print Individual in custody's name    R47947    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report for the above date:

Nikki Rambo    Print Name of witness    Don of nurse    Witness badge or ID#    HealthCare    Assigned Cell (if applicable)    Dcn of nurse    Title (if applicable)

Witness can testify to: I have a waste chain permit and lowest support to be cuffed behind my back

Print Name of witness    Witness badge or ID#    Assigned Cell (if applicable)    Title (if applicable)

Witness can testify to:

Distribution: Master File    Individual in Custody

Page 1 of 1

Printed on Recycled Paper    DOC 0317 (Rev. 7/2021)

ILLINOIS DEPARTMENT OF CORRECTIONS
**MENTAL HEALTH DISCIPLINARY REVIEW**

Offender Name: Haywood, Donald                              ID#: R47947

| | |
|---|---|
| Disciplinary notification received from Shift Commander: __09-12-2021__<br>Date | Facility:  Pontiac |
| Disciplinary Report (DOC 0317) received: __09-12-2021__<br>Date | ☐ Sp/RTU    ☐ SEG    ☒ GP |
| Action:   ☐ Stay of continuance until further notice<br>☒ Resume proceedings | ☐ R&C    ☐ HCU.    ☐ PC |

Date and Time of Original Disciplinary Report (DOC 0317): 9/9/2021            1250    ☐ a.m.
                                                                                                                                              ☒ p.m.

List Offense(s):

215-Disobeying a Direct O

_____

_____

Level of Care:  ☒ Acute Inpatient    ☐ Sub-acute Inpatient    ☐ Sp/RTU    ☒ Outpatient    ☐ Crisis

Was the offender on crisis watch at the time of offense? ................................... ☒ No        ☐ Yes

Is the offender currently on crisis watch? .................................................. ☒ No        ☐ Yes

Current mental status: ........................................................................ ☒ Stable    ☐ Not Stable

Mental Health Summary:  It is this MHP's opinion that the offender's mental illness did not contribute to the behavior of the offense for which the 0317 was issued.

It is this MHP's opinion that consideration for segregation placement of this offender is appropriate based on the offender's mental health symptoms and needs.  However, it should be noted that lengthy segregation time for the SMI population is not recommended.

Please refer to the Recommendations section of this form for specific recommendations regarding areas that may include, but are not limited to, specific terms of segregation (including no segregation time) or specific treatment during the term of segregation.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

ILLINOIS DEPARTMENT OF CORRECTIONS
MENTAL HEALTH DISCIPLINARY REVIEW

Offender Name: Heywood, Donald                    ID#: R47947

Based on offender's mental health status and mental illness it is the reviewing MHP's OPINION that:

|  | No | Yes |
|---|---|---|
| • The offenders mental illness contributed to the behavior at issue and as reported on the DOC 0317: | ☒ | ☐ |
| • Confinement in segregation is likely to significantly impact the offender's mental health: | ☐ | ☒ |
| • The offenders mental illness should be considered when imposing discipline (up to and including segregation): | ☐ | ☒ |

Recommendations:

Proposed segregation term: 0-14 days

☒ Consider reduced segregation time
☐ C-grade only recommended
☐ Recreation restriction recommended
☐ B-grade only recommended
☒ Good time revocation recommended
☐ Loss of privileges (identify)

_____
_____
_____
_____

☐ Other (identify)
_____
_____
_____
_____
_____

Mental Health Review completed by:

Andrea Yukas, LCSW
Name (Print)                                         Signature

OMHP
Title                                                09-12-2021
                                                     Date

Distribution:   Master File                    Page 2 of 2                    DOC 0443 (Rev. 05/2015)
                                          Printed on Recycled Paper

RECEIVED

North 2  215

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec: APR 2 6 2022
By:

2nd Lvl rec:

| Date: 4-24-22 | Offender (please print): Donald Haywood | ID #: R 47947 | Race (optional): Black |
|---|---|---|---|
| Present Facility: Menard CC | | Facility where grievance issue occurred: Menard CC | |

298-4-22MEN

**Nature of grievance:**

☐ Personal Property   ☐ Mail Handling   ☐ Medical Treatment   ☐ ADA Disability Accommodation
☒ Staff Conduct   ☐ Dietary   ☐ HIPAA   ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility   ☐ Other (specify): ___   
☐ Disciplinary Report

_____ Date of report _____   _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Bo
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   Chief Administrative Officer, only if EMERGENCY grievance
   Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drug
   issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information each person involved):**

ON The Above date I ask 2 gallery C/O Q, to
PleaSE bring me the Grievance Box. IN which the
Suppose to WALK it up the gallerys EVERY Night, But mos
Nights on 2 gallery we cant get the Grievance Box
unLess we Beg the C/O oe Let them Read the Grievanc
so they can see it's not on them. We Shouldnt have to do
this. Then we cant get No C/O on First oR Second Shift

☒ Continued on rev

**Relief Requested:**

I Wont the 2 gallery OFFICERS to Walk the Grievanc
Box up the Gallery 5 Nights A week the way the
New ADA Code Say it should, And to Pass us the
GrievancES we Need and other PaPers. We Shouldnt Have
Show who we writing up.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

| Donald Haywood | R 47947 | 4-25-22 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: 4/27/22    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Scanned to 3-11 Shift Major for response

Attached

| _____ | _____ | 4/29/22 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature    _____ Date

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 0

22- Grievance BOX
Access

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

to PASS out Grievances, Phone List, Visiting List Nothing
at all.

Assigned Grievance #/Institution: 298.4-22 MGN

Housing Unit: N2 215 Bed #:

1st Lvl rec: 426

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec:

| Date: 4/24 | Offender (please print): HAYWOOD D | ID #: 267947 | Race (optional): |
|---|---|---|---|
| Present Facility: MCC | | Facility where grievance issue occurred: MCC | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____

- [ ] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_____

**Relief Requested:**

[ ] Continued on reverse

_____

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_____ Offender's Signature _____ ID# _____ Date _____

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 4/27/22    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Per 3-11 Major- The grievance box is walked one time per night on the 3-11 shift. This box is not walked down the gallery upon request of anyone. The box is again walked down the gallery one time a night. The box is normally walked down 2 gallery in N-II at approx. 9:45-10:15pm depending on the night. Also it should be noted that this time is not set in stone due to the fact that it is not always the same staff member on shift and depends on the operational needs of the cell house on a particular night. I have talked with assigned N-II staff as well as supervisory staff and have been assured that the box is in fact walked down the galleries as well as the staff mentioned here being a stickler about ensuring that the box is walked. In regards to the paper work being passed out, that is outside of the responsibility of the 3-11 shift as they do not have access to any of it. The mentioned paper work items are behind a lock which 3-11 does not have authorization to access. Those paper work items in the past have been issued on 7-3 weekly (as well as being passed via cell house workers). That being said these items are passed weekly and not daily or upon request each and every time someone walks down the gallery.

Hood CCII
_____ Print Counselor's Name _____ Sign Counselor's Name _____ Date 4/29/22

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature _____ Date _____

Distribution: Master File; Offender

Page 1 of 2

DOC 0046 (Rev. 01/2020)

Writ

## State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R47947 | **Counseling Date** | 09/23/21 09:41:46:607 |
| **Offender Name** | HAYWOOD, DONALD | **Type** | Collateral |
| **Current Admit Date** | 11/01/2005 | **Method** | Grievance |
| **MSR Date** | 06/21/2058 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | 00-00-00 | **Staff** | RAMSEY, SHEILA M., Office Coordinator |

The Grievance Office received grievance #191-9-21 marked emergency by the individual in custody dated 9/9/2021 and marked ADA Disability Accommodation by the individual in custody regarding medical accommodations, renew medical & cuffing permits. The grievance was deemed non-emergency by the CAO and the ADA Coordinator has advised this issue does not require ADA accommodation; therefore, the grievance is being returned to the individual in custody to submit according to normal procedure if he chooses. It is suggested that you submit a sick call request.

**Print Date  9/23/2021**

**RECEIVED**

**SEP 2 1 2021**

Assigned Grievance w/Institution _____

Housing Unit: N-2    Bed #: 617

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____          2nd Lvl rec: _____

| Date: 9-9-21 | Offender (please print): Donald Haywood | ID #: R47947 | Race (optional): B |

| Present Facility: Menard CC | Facility where grievance issue occurred: Menard CC |

191-9-21 Men

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation  27 NO
- [ ] Restoration of Sentence Credit
- [x] Other (specify): Took All Medical Permits and Braces For Bones

Date of report _____    Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked grievance receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, Involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 9-9-21 I was taken to menard CC At which Point they took my Braces For my Chronic Medical Issues dealing with my Bones, Joint Pain and Refuse to talk to me about it. They started Cuffing me Behind the Back A the Approver of the Menard (PA). Since i been here i have not been given anything that UIC told All the other Joints i been to, to give me. I'm Suppose to get ICE two times a day, And Front Cuff only, PT, Double Beds and Pillows, suga Free drops For my Dry mouth, Mouth Guard/ Cup

[x] Continued on reverse

**Relief Requested:**

I want All My Medical Permit Re-veiwed (ASAP) For my chronic Medical Issues Am Braces, Front Cuffs, ICE two times a day, Shower every day, Single cell (PT) Double mattress and Pillows, Suga Free Limit drops for dry mouth, Transfer to A Jail Where i Can Make my UIC appointments that is weeks. I Need to be Screen by a Doctor Not (PA) OR sent to see A

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is NOT an emergency grievance.

_Donald Haywood_ (Offender's Signature)    R47947 (ID#)    9-20-21 (Date)

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

_____
_____
_____
_____
_____

Print Counselor's Name          Sign Counselor's Name          Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with your counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: 9-22-21

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_Walli_ (Chief Administrative Officer's Signature)    9-22-21 (Date)

Page 1 of 2          DOC 0046 (Rev. 07/2022)

Distribution: Master File; Offender

11.K — renew medical permits. (MEN removed) & Cuffings
medical permits. Accommodations:

Assigned Grievance #/Institution: _____    Housing Unit: _____    Bed #: _____

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

Work with in Person PT and Extra yard for More workout time.
Low gallery, Low bunk, single Cell due to my medical Problems,
I trule to stop the ADA Lady but stay She Refused to talk to
me.

Relief Requested:
Medical Dirtor at a Joint Where they have one.
There is no way I will make my UIC Appointment
Every 6 week all the way in Minard

𝒳 Haywood

# State of Illinois - Department of Corrections
## Counseling Summary

*Copy*

| | | | |
|---|---|---|---|
| **IDOC #** | R47947 | **Counseling Date** | 02/17/22 09:19:29:430 |
| **Offender Name** | HAYWOOD, DONALD | **Type** | Collateral |
| **Current Admit Date** | 11/01/2005 | **Method** | Grievance |
| **MSR Date** | 03/12/2032 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-06-19 | **Staff** | HARGIS, ALLISON P., Office Associate |

Grievance office received grievance #122-2-22 dated 2/16/2022 for ODR 9/9/2021. Forwarded to grievance officer for response.

**Print Date  2/18/2022**

2-17-22

Dear, Grievance Office

I'm writing you because I Sent my ticket Grievance to yall and yall still aint Return a Slip. Saying yall got it at all. OR my Medical One Either.

Can Some one write me about the two Grievances I fill this Month. and the ones from -9-9-21 to 9-21-21

Donald HAYWOOD
R47947
N⁰ 619

As Far as the Rule go. Can yall give me Seg time Even though I WAS Released from Prison and Remanded For New time? I had 55 years NOW I WAS given 29 years. If you can explain this to me I will be thankful ↑                    ↑
Please Contact the records office for this information

Sept 2021: #191-9-21 Deemed non emergency & returned to you on 1/21 (ADA-NO - medical accommodations & renew meds)
    ↳ you did not re-submit this grievance for Further review 1st level/al
    #192-9-21 Deemed non-emergency & returned to you 9/2/21
    ↳ you did not re-submit For Further review
    #204-9-21 (Sm/time out of cell)-Pending review (Mental health & counselor)
Feb 2022: #122-2-22 (ODR 9/9/21) pending 2nd level review as of 2/17/22.

RECEIVED

APR 28 2022

MENARD CC
GRIEVANCE OFFICE

DEAR, MS, Hargis                    4-27-22

I Just wont to Know what's the hold
up with my Emergency Grievances I filled
along time ago?
And is you going to send me my PAPER
From my Property being stolen here in
menard? Can you Just tell me what do i have
to do to Know what's going on with my
Grievances. I feel like yall all given me the
Run around in hopes that I Just Bug up,
But ONly the strong make it where i'm
From

                    Donald Haywood
                    B49947
Pending) Deemed Emerg          N² 215
   #158-3-22 (mental health)         All are
   #168-3-22    "      "           Pending Response From
   #24-4-22    "      "           mental health/Medical
   #157-4-22/1 & /2   "   "        dept. You will be notified when
                                   the reviews of
                                   are completed.

**United States District Court**
**SOUTHERN DISTRICT OF ILLINOIS**

Donald Haywood R47947                    )
_____                  )
            **Plaintiff,**               )
                                         )
**VS.**                                  )          **Case No.:** _____
                                         )
Wexford Health Sources Et Al             )
_____                  )
            **Defendant**                )

---

### NOTICE OF FILING

**TO:** United States District      **TO:** _____
Court for the Southern              _____
District of Illinois                _____
_____                     _____
                                    _____

**TO:** _____             **TO:** _____
_____                     _____
_____                     _____
_____                     _____

**PLEASE TAKE NOTICE that on** May 10th **, 20** 22 **, I have provided service to the
person(s) listed above by the following means:**

☐    **Electronically filed through** Menard **Correctional Law Library**

☐    **Institutional mail at** _____ **Correctional Center, properly
    addressed to the parties listed above for mailing through the United States
    Postal Service.**

---

### DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in
the above action, that I have read the above documents, and that the information contained therein is
true and correct to the best of my knowledge.

Date: S-11-22                    /s/ Donald Haywood
_____                  NAME: Donald Haywood
                                 IDOC#: R47947
                                 Menard _____ Correctional Center
                                 P.O. Box 1000
                                 Menard _____, IL 62259



5-13-22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
prisoner.esl@ilsd.uscourts.gov

**ELECTRONIC FILING COVER SHEET**

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Haywood, Donald                    R47947
_____            _____
Name                               ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.    Is this a new civil rights complaint or habeas corpus petition?        (Yes) or No

      If this is a habeas case, please circle the related statute:    28 U.S.C. 2241 or 28 U.S.C. 2254

2.    Is this an Amended Complaint or an Amended Habeas Petition?    Yes or (No)

            If yes, please list case number: _____N/A_____

            If yes, but you do not know the case number mark here: _____

3.    Should this document be filed in a pending case?            Yes or (No)

            If yes, please list case number: _____N/A_____

            If yes, but you do not know the case number mark here: _____

4.    Please list the total number of pages being transmitted:        108

5.    If multiple documents, please identify each document and the number of pages for each document.  For example:  Motion to Proceed In Forma Pauperis, 6 pages;  Complaint, 28 pages.

Name of Document                                            Number of Pages

— Motion To Proceed Without Costs                              6
with Trust Fund Statements                                   ___

— Motion For Recruitment of Counsel                          19

— Complaint                                                  25

— Exhibits                                                   57

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.   Discovery materials sent to the Court will be returned unfiled.

— Notice of Filing                                            1